IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

BRETT T. CULVER
                     Plaintiff,

v.

COMMONWEALTH OF PENNSYLVANIA
DEPARTMENT OF CORRECTIONS;
T.E. Miknich, Correctional Officer,
Robert D. Shannon, Superintendent,
Carol M. Dotter, Grievance Coordinator,
Linda Chismar, Unit Manager,
Kevin Kane, Hearing Examiner,
John Doe, Property Office Personnel.
All former or current employees at the
State Correctional Institution at Mahanoy,
in their individual capacities,
                     Defendants.

1:CV-01-0904
Civil Case No.

Judge

(Number and Judge to be assigned by court)

FILED
SCRANTON
MAY 23 2001

PER _____
        DEPUTY CLERK

APPLICATION FOR ASSIGNMENT OF COUNSEL

TO: THE HONORABLE JUDGE OF THE SAID COURT:

AND NOW, to wit this 15 day of May, 2001 comes the Plaintiff Brett T. Culver acting Pro-se and petitions this Court to Appoint Counsel unto him.

1. That plaintiff is incarcerated at the State Correctional Institution at Mahanoy Pennsylvania.

2. That your plaintiff is a laymen in the study of law, and suffers psychological complications, which therefore presents a clear disadvantage and need for assistance.

3. Plaintiff has filed with this Honorable Court a Forma Pauper Petition to let him proceed as an indigent party.

4. Plaintiff is unable to obtain private counsel because of his being indigent.

WHEREFORE, plaintiff prays this Honorable Court to appoint counsel unto him so that he may proceed in this matter.

Respectfully Submitted,

*Brett Culver*