BRETT CULVER DD-3483
301 MOREA ROAD
FRACKVILLE, PA. 17932

**JUDGE'S COPY**

July 2, 2001

U.S. DISTRICT COURT
JUDGE YVETTE KANE
228 WALNUT STREET
P.O. BOX 983
HARRISBURG, PA. 17108

FILED
HARRISBURG, PA

JUL 0 3 2001

MARY E. D'ANDREA, CLERK
Per _____
     Deputy Clerk

TO THE HONORABLE JUDGE YVETTE KANE.

On June 28, 2001 I submitted a "AMENDED COMPLAINT" to Civil Action No. 1:01-cv-00904. After mailing the AMENDED COMPLAINT parcel, I noticed there were two typographical errors in the AMENDED COMPLAINT documents, and also, I had mistakenly forgot to include the EXHIBIT Affidavits and TEMPORARY RESTRAINING ORDER for a added defendant in the AMENDED COMPLAINT.

I therefore corrected the typo errors and submitted a new set of five **CORRECT** copies of the AMENDED COMPLAINT dated 6-28-01 (label marked "Correct" on upper right corner). And I sent the TEMPORARY RESTRAINING ORDER with the EXHIBIT Affidavits, except for **Exhibit B** cited in the Amended Complaint (IV. STATEMENT OF CLAIM, entry 6.). That Exhibit Affidavit had to be signed and dated by the contributor. Please find the completed EXHIBIT B Affidavit included that belongs to the AMENDED COMPLAINT dated 6-28-01.

Respectfully,

Dated this __1__ day of __July__, 2001

Brett T. Culver

**Exhibit 15.**

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

BRETT T. CULVER
                           Plaintiff,              AFFIDAVIT

          v.                                       Case No. 1:01-CV-00904

COMMONWEALTH OF PENNSYLVANIA
DEPARTMENT OF CORRECTIONS;
T.E. Miknich, Correctional Officer,
Robert D. Shannon, Superintendent,
Carol M. Dotter, Grievance Coordinator,
Linda Chismar, Unit Manager,
Kevin Kane, Hearing Examiner,
John Doe, Property Office Personnel,
All former or current employees at the
State Correctional Institution at Mahamoy
in their individual capacities,
                           Defendants,

I Emry C. Smith, Jr. (BH9137) hereby declare:

On or about the date April 13, 2000 as I was leaving the Institutional Library, Correctional Officer T.E. Miknich, whom knows That I am a certified Paralegal, Asked my opinion about a seizure incident in which he confiscated legal records/and legal documents from an inmate leaving the library. He asked me if he could get into legal trouble over this. "I Told him that he could possibly get into a civil action. At which he responded well I have to get in Culver first.

I declare under penalty of perjury that the foregoing is true and correct. Executed on the 30 day of June, 2001.

Signature, Emry Smith