cep
18

JUDGE'S COPY

# Exhibit Documents
## to Response 7-31-01
## of Court ORDER 7-24-01

44 Documents
I-A Through X-C

Brett Culver

**FILED**
HARRISBURG, PA

AUG   3 2001

MARY E. D'ANDREA, CLERK
Per _____




BRETT CULVER DD-3483
H/UNIT D-B

August 2, 2000

SUBJECT: Clarification of MAH-0218-00 Status
Resulting from SCI Mahanoy Administrative
Refusal to Process, and/or Actions to
Obstruct/Hinder Abilities to Proceed via
Official Negligence, Incompetence, or Conspiracy.

Re: Grievance No. MAH-0218-00

TO: All Offices

FILED
HARRISBURG

AUG 0 3 2001

MARY E. D'ANDREA, CLERK
Per_____918_____
DEPUTY CLERK

FROM: Brett Culver DD-3483
301 Morea Road
Frackville, PA. 17932

On 5-4-00 this Grievance was submitted to the Grievance Coordinator at SCI Mahanoy. The issues submitted in MAH-0218-00 had been previously submitted to that office on numerous other Grievances which were returned (rejected/ignored) without being entered into record or processed by the Administrative Offices at SCI Mahanoy.

On 5-4-00 I received a response to MAH-0218-00 from some Sally Gennaneni (?) without a decision or resolution. That Official said: "At this time, I feel I cannot answer this grievance properly due to lack of information and foundation." That response committed MAH-0218-00 to a void in the Processing Procedure. At this time I needed to submit the appropriate information for the required issues proposed by the Grievance Official. "Unfortunately, because of the Hostile Administration at SCI Mahanoy, and Harassment by it's Officers, I am unable to access Copying Service, or the Library in order to prepare and submit copy record documentation necessary to proceed for relief.

Therefore my efforts had to be redirected to establish means to gain access to the Library to provide copies of the documentation required for response to the Grievance Office, to establish a initial decision on MAH-0218-00 from that Office of process. "At that time" I submitted a response to this dilemma dated 6-10-00. (But it must be of record that I have been trying to establish access to Library services prior to 4-14-00, till present without success.) The SCI Mahanoy continues to deny any relief to these situations, and continues to Obstruct and Hinder the ability for me to pursue any issues and/or Legal Remedies.

33 I (3)

2 of 2

On 6-27-00 I received a response from R.S.Bitner the Chief Hearing Examiner (via Camp Hill) referring this Grievance to SCI Mahanoy Superintendent R.Shannon's Office. Because I was detained at R.H.U. (via false allegations) when I received Response 6-27-00, I had no reference records or idea what issues were contained in MAH-0218-00. After repeated attempts to obtain personal records were ignored and never responded to, I then submitted a Response to Superintendent R.Shannon dated 7-12-00 explaining the inability to proceed with this issue without personal records or knowledge about issues of issue in Grievance MAH-0218-00 (**Cross Reference** Grievance Officer S.G. dilemma preventing Chain of Process Decision).

Superintendent R.Shannon, being fully aware of the situation (as explained in the document of 7-12-00 to his office) rejected my petition for personal record documentation and/or the ability with time allotment to respond on MAH-0218-00 (see R.Shannon Response dated 7-14-00 and my Responses dated 7-12-00 and 7-20-00 "which I am unable to provide by copy").

I again confirmed the situation and dilemma in response to R.Shannon 7-14-00 with Reply to Response dated 7-20-00 submitted back to R.Shannon "after further attempts to access personal records failed," within the five day time limit of demand. Again this situation was ignored "and" any relief or means to access my personal records and/or Legal documentation were not procured by-or-through the authority of R.Shannon. Superintendent R.Shannon had full knowledge of the situation, and therefore was aware my personal records and Legal documents were being denied and with-held by the Officials of the SCI Mahanoy Administration.

**Wherefore,** "even though" there is a demonstrated pattern to negligence, incompetence, or conspired corruption by the actions of the Officials at SCI Mahanoy, the Grievance MAH-0218-00 itself is still pending a **Initial Decision from the Grievance Coordinator** at SCI Mahanoy **before** these issues can be **properly responded to and submitted on appeal** to the Superintendent's Office, "if not resolved at this level."

Unfortunately because of the demonstrated (and evident) Administrative hostilities and treatment of Deliberate Indifference to my person, these matters cannot proceed until prior relief and access can be established to use Library Services without retaliation, harassment, or punishments from SCI Mahanoy Officials.

These matters are being referred to Legal Assistance Firms for resolutions. Until relief can be established, Grievance MAH-0218-00 evidently is prevented from proceeding beyond the Official Office of the Grievance Coordinator at SCI Mahanoy.

cc:  R.Shannon
      C.Dotter
      R.S.Bitner

      K.R.Stuber esquire

301 Morea Road
Frackville, PA.17932

August 7, 2000

SUBJECT:   Clarification and Confirmation of          Re: DC-ADM 801
           Statements/Allegations Responses              Grievance No. MAH-0218-00
           R.Shannon **July 14, 2000 July 24, 2000**


TO:        All Offices


FROM:      Brett Culver DD-3483


A brief review of MAH-0218-00 DC-804 Part II (5-24-00) will show that the Grievance Coordinator failed <u>or purposely neglected</u> to enter a decision on MAH-0218-00. Therefore R. Shannon's comments and <u>allegations</u> submitted in both **July 14, 2000 and July 24, 2000** responses are deceptive and fraudulent.


In the July 14, 2000 response sent to me while detained in RHU, R. Shannon stated: "Your original grievance is attached for your review." This original document "was not" included in that response as R. Shannon stated it was. "Hence, while detained in RHU I remained un-knowledgeable of the contents of MAH-0218-00, and unable to submit any response within the unreasonable time limitations demanded by R. Shannon (5 days). None-the-less, this is not a isolated incident. Such deceptive fraudulent ploys (and others) seem to be frequently used (and effective) tactics of the Officials within the SCI Mahanoy Administration. The practice of such tactics have been used by this Administration to sabotage any efforts to successfully process issues through these Official Offices at SCI Mahanoy, and have proven effective for these corrupt Officials to dodge any responsibility for their actions within the system (while they contend <u>that the inmate</u> is non-compliant with proper procedures or chain-of-command).


For the record it must be confirmed that R.Shannon continues to deny any acknowledgement of, and/or Administrative responsibility for the Security Breaches committed by this Administration during the month of December 1999, that continues to affect and compromise my safety, and that of family members.


It is evident, and thoroughly documented that the Officials at SCI Mahanoy employ dishonesty and/or actions of corruption to obstruct, obscure, sabotage, and prevent Administrative violations or liabilities from being processed or resolved. "It is a crime" that the Tax Payers in this state are being forced to provide incomes for these dishonest corrupt individuals that abuse and manipulate the system they care nothing of violating. The Officials of the SCI Mahanoy Administration set themselves above any authority, and fear no responsibility for their actions of corruption.


cc:   R.Shannon
      C.Dotter
      K.R.Stuber esquire



BRETT CULVER DD-3483                    May 11, 2000
SCI MAHANOY H/Unit D-B
301 MOREA ROAD
FRACKVILLE,PA. 17932

SUBJECT:   Correction to DC-804 Part II
           Official Inmate Grievance
           Initial Review Response #MAH-0217-00
           Dated 05-10-00

TO:        William Banto
           Grievance Coordinator
           P.O. Box 598
           Camp Hill, PA. 17001


This is to correct the information in reference to DC-804 Part II (05-10-00). When we spoke on 05-10-00 I informed you that the grounds of Harassment were the fact that Officer Miknich lied against me and filed false allegations three (3) consecutive times, with a total of four (4) fictitious Misconducts. And this was after he shook me down twice, took all my legal documents (library book/newspaper), and called me a Dick Head. He used lies to abuse his authority and have me put in R.H.U. the night of 04-17-00 by saying I threatened him and his family. This was found to be inconsistent with the false allegations he submitted in the Misconduct, but I still remained in R.H.U. even "after the alleged violation was dismissed. During the time I was held in R.H.U. several Officers told me about various comments Officer Miknich had made about what he did. I will not submit those statements because they would be hear-say. But I will convey that there are other Officers that do not approve or like Officer Miknich's corrupt conduct and actions. Also, most of the Officers know that Miknich has lied on me, and will continue to harass me, because, evidently he has made this well known throughout the Prison. I would have to say that "this and more" does constitute harassment. Especially when other Officers are warning me to watch-out for him.


As for the confiscated items (Officer Miknich issuing Misconducts within his scope of duty and being consistent with departmental policy), "you are incorrect!" **Newspapers** are not contraband as pointed out in D.O.C. Handbook pg.4 C.B.R. 5. Even though the Administration insists that the "key word" is; between cells:, the point is that newspapers **can be passed on to other inmates and are not considered to be contraband in the possession of others.** If I was to take a newspaper with someone else's name on it to block-out, would that be considered contraband since I am no longer in my cell? "Of course not." Has any other inmate ever been given a Misconduct for having a newspaper with someone else's name on it? "Of course not." Is the newspaper in another inmates name being used in this case to manipulate a situation and justify false allegations? "Yes it is!" The Misconduct of issue pertaining to Contraband (#A159045) refers to a; newspaper with law work on the inside of newspaper (lie) was in inmate Gillingham's name & number: "That is the alleged violation. The newspaper is said to be contraband because it was in Dana Gillingham's name. This is "not a violation nor is it consistent with departmental policy as you have stated. If you have D.O.C. policy to support your contention, again I would ask for this to be cited for my acknowledgement.

It must also be brought to attention that the Legal Documents that were confiscated "are not" referred to as contraband in the Misconduct #A159045. It simply states that the Legal Work was inside the newspaper that was identified as the contraband (and this lie was to justify the situation of wrongfully taking the Legal documents when Miknich discovered he made a mistake by taking the Legal Documents). Again, contrary to your statements, nowhere in the D.O.C. Handbook, the Inmate Handbook Supplement, the SCI Mahanoy D Unit Handbook, or the Inmate Library Procedures pamphlet does it state, in any way, that Personal Legal Work cannot be taken to Recreation Library. If you say that this is in violation of Departmental Policy, again, please cite the directive to support this for my acknowledgement (even though the Legal Work was not identified as contraband in the Misconduct, "as it cannot be contraband").

The final issue is that the Hearing Examiner only considered the newspaper as a violation (#A159045 on 04-17-00), and stated that he had no idea why the Legal Work was confiscated. Therefore, on 04-17-00 it was said by the Hearing Examiner that the newspaper was contraband, and that this said newspaper being contraband be revoked. "Is this correct?!" (See #A159045 DC-141 Part II B 04-17-00)

Not only is there no D.O.C. Policy to support the allegations or actions by Officer Miknich, he has been telling individuals that he set-me-up, and is going to continue setting-me-up. This is a clear case of harassment as demonstrated by the four (4) consecutive (false/meritless) Misconducts issued by Officer Miknich, his allegations, and actions to manipulate Administrative procedures (having me placed in R.H.U. prior to any Hearing on his false allegations).

The issue of reality is why the D.O.C. would support this Officer in his personal devious abuse of authority, and his personal deviate corruption of this Administration??? The promoting and support of this corrupt Officer (conduct and actions) by this Administration and the D.O.C. is noted.

BC:lt

cc:    A. Love Esquire
       C. Dotter

**DC-154A**

## COMMONWEALTH OF PENNSYLVANIA
## DEPARTMENT OF CORRECTIONS

# No. A 150818

## Confiscated Items Receipt (Inmate)

| DC Number | Name | Cell | Misconduct Report Prepared | Institution | Date | Time |
|---|---|---|---|---|---|---|
| DD3883 | Culver | D/B #39 | | SCImaH | 4-13-00 | 15/0 |

__ Random Search
__ General Search
__ Investigative Search   Yes _X_ No ___

Comment: Misconduct No# A150415

| Items Confiscated | Items Confiscated |
|---|---|
| 1 en Newspaper (Time-News Erie Pq) | |
| 3 Pages Legalwork & File | |

Signature and Title of Officer  CO'?...

1. DC-15        2. Deputy Superintendent for Operations        3. Inmate

**DC-804**
**PART 1.**

*37 A.*

*Re-submitted*
*8-11-00 (37 C)*
*with X  36 → 37*

**COMMONWEALTH OF PENNSYLVANIA**
**DEPARTMENT OF CORRECTIONS**
P.O. BOX 598
CAMP HILL, PA. 17001-0598

**OFFICIAL INMATE GRIEVANCE**

**GRIEVANCE NO.**

| TO: GRIEVANCE COORDINATOR | INSTITUTION | DATE |
|---|---|---|
| Carol Dotter | SCI Mahanoy | 8-4-00 |
| **FROM: (Commitment Name & Number)** | **INMATE'S SIGNATURE** | |
| Brett Culver DD3483 | Brett Culver | |
| **WORK ASSIGNMENT** | **QUARTERS ASSIGNMENT** | |
| | D-B | |

**INSTRUCTIONS:**
1. Refer to the inmate handbook Page 12 and DC-ADM 804 for information on the inmate grievance system.
2. State your grievance in Block A in a brief and understandable manner.
3. Next, you are required to list in Block B the specific actions you have taken to resolve this matter. Be sure to include the identity of staff members you have contacted.

A. Brief, clear statement of grievance:

SCI Mahanoy Administrative Obstruction - Hinderence of Legal Pursuits and/or Legal Remedies. Seizure of Legal Work/Documents/Records. Obstruction of Library Facilities and Services of Law Library and Copying Service. The Administration at SCI Mahanoy has committed conspired, collaborated and supported acts/actions/events to Obstruct Hinder, or Seize any efforts by my person to pursue Legal relief and remedies. Legal Documents/Work/Record & Court Transcripts related to my conviction Case, and that of a Legal Actions being pursued for Damages received from a Inmate abuse DC-154A No. A150,818 have been "seized" and witheld" by this Administration s 4-13-00. Time Limitations on Legal Pursuits have been compromised by this Seizure. I'm now seeking the return of these documents, and damages.

B. Actions taken and staff you have contacted before submitting this grievance:

5 or 6 prior Grievances on these issues which have been sabotaged, manipulated, or abolished by this Administration, and supported by Comp Issue Reports to various Law Firms, Government Agencies for relief.

Your grievance has been received and will be processed in accordance with DC-ADM 804.

X 8-8-00

_____
Signature of Grievance Coordinator

_____
Date

**WHITE**—Grievance Coordinator Copy      **CANARY**—File Copy      **PINK**—Action Return Copy      **GOLDENROD**—Inmate Copy

**EXHIBIT II**

DC-804
PART 1

*A List Wrote Documents, Records, are still being Withheld by this Admin.*

Re Submitted (36 C.)
8-11-00 with X 36+37

**COMMONWEALTH OF PENNSYLVANIA**
**DEPARTMENT OF CORRECTIONS**
P.O. BOX 598
CAMP HILL, PA. 17001-0598

**OFFICIAL INMATE GRIEVANCE**

GRIEVANCE NO. _____

| TO: GRIEVANCE COORDINATOR | INSTITUTION | DATE |
|---|---|---|
| Carol Dutter | SCI MAH | 8-4-00 |
| FROM: (Commitment Name & Number) | INMATE'S SIGNATURE | |
| Brett Culver DD3483 | Brett Culver | |
| WORK ASSIGNMENT | QUARTERS ASSIGNMENT | |
| — | D-B | |

**INSTRUCTIONS:**
1. Refer to the inmate handbook Page 12 and DC-ADM 804 for information on the inmate grievance system.
2. State your grievance in Block A in a brief and understandable manner.
3. Next, you are required to list in Block B the specific actions you have taken to resolve this matter. Be sure to include the identity of staff members you have contacted.

A. Brief, clear statement of grievance:

4-13-00 I was Harassed by Officer Miknich at the Education Bld. upon leaving the Library. At that time CO Miknich shook me down twice, confiscated the Library Book I had signed-out, took all the papers I had in my pockets, and seized all my personal Legal work/documents/records. CO. Miknich proceeded to verbally harass and threaten my person with cursings and name calling.. After the initial altercation CO Miknich taunted me by asking if I wanted a Confiscation Slip for the items he was not going to return. When I said yes, CO Miknich exploded into another rage of cursings, name calling, and threats to give me Misconducts. I asked him what I would be given a Misconduct for, because I had done nor said anything wrong. CO. Miknich proceeded to harass 2

B. Actions taken and staff you have contacted before submitting this grievance:

Filed original Grievance "MAH-0217-00 which was responded to with false statements and inaccurate supporting allegations 5-1-00. This was responded to 5-11-00 to correct all the incorrect information, statements, allegations of William Banto. No response was ever received by me

Your grievance has been received and will be processed in accordance with DC-ADM 804.

*desiring to be resolved. Corruption + Manipulation have not resolved this Administrations responsibility.*

Signature of Grievance Coordinator _____    Date _____

EXHIBIT II-D

BRETT CULVER DD-3483
301 MOREA ROAD
FRACKVILLE, PA.17932

*Re-Submitted with 36 A.*
*8-11-00 (under 36 c, 37c*

August 11, 2000

SUBJECT:   Re-submit Initial Grievance (8-4-00)
           With Response to C.Dotter Return (8-9-00)

TO:        Grievance Coordinator
           Carol M. Dotter

FROM:      Brett Culver DD-3483
           H/Unit D-B

In your Return (8-9-00) of Grievance (8-4-00) you submit that this Grievance was returned because the issue was addressed in Grievance No. MAH-0217-00. This however is inaccurate. Although the Administration at SCI Mahanoy has used every means of cunning and contriving deception to allude mention or responsibility for the seizure of my Legal Documents/Work/Records, the Initial Review Response by a William Banto (5-10-00) left the issue of my seized Legal Documents/Work/Records **pending** resolution. Also, my Legal Documents/Work/Records were never identified as Contraband. Legal Work, Documents, and Legal Records cannot be in any situation or circumstance considered Contraband, or be seized at any time.

After I received the inaccurate response of Initial Review Response (MAH-0217-00) William Banto 5-10-00 (that left the Decision on my Legal Documents/Work/Records pending), I then submitted a Correction Response to the William Banto (5-11-00). There was never any further Administrative response to these issues that were left pending, and I have been prevented from pursuing a resolution or relief on any of these issues.

At the Hearing 4-17-00 related to the seizure incident, Hearing Examiner Kain stated that he did not understand why C.O.Miknich confiscated the Legal Documents/Work/Records. He also said that I should contact the Property Office for their return. At no point, in the misconduct report, at the Hearing, or in the decision were these Legal Documents/Work/Records ever cited or identified as contraband, which would be impossible for them to be contraband.

There never was a decision entered on this issue in MAH-0217-00 as you contend.

**Of note** is the continued harassment by C.O.Miknich to my person, with the continued tolerance, justification, and support by the SCI Mahanoy Administration.

The Official Offices (chain of process) at SCI Mahanoy are non-compliant with proper procedures in processing these issues of Grievance. Therefore, Grievance No. MAH-0217-00 is still pending a decision at the Grievance Office level. And since there has been no Administrative response for a final decision on this issue, or Administrative relief from the continued harassment by C.O.Miknich, the Re-submitted Grievance 8-4-00 included is appropriate for process on these unresolved pending issues.

Also, there was never any decision entered into record on MAH-0286-00 as you contend (8-9-00). After submitting MAH-0286-00 to the Grievance Coordinator three times (6-8-00, 6-13-00, 6-20-00) I was then called to the Property Office at 8:40 PM (6-25-00), coerced into signing-off on MAH-0286-00, and directly afterwards submitted a declaration of: Condition to Signature Under Duress 6-25-00. There was never any Administrative response on these issues.

MAH-0286-00 also has no disposition, and has been obstructed from process by Administrative actions.

The situation of Administrative incompetence, or intentional non-compliance to process in regard to both MAH-0217-00 and MAH-0286-00 has been documented.

BRETT CULVER DD-3483
H/Unit D-B

August 18, 2000

SUBJECT:   Response on Returned Grievances (Personal File 36 & 37)
           Carol Dotter August 16, 2000

TO:        Carol Dotter
           Grievance Coordinator

FROM:      Brett Culver DD-3483

*Mr. Culver,
as I told you in
my previous respon[se]
MAH-0217-00 will
not be addressed as
initial review again.
MAH-0286-00 will be
re-filed.
CDotter
8/18/00*

If you would examine the record on the issues, you would notice that: #1. The Legal documents/work/records taken from me by C.O.Miknich were never implicated or cited as contraband, even in his fraudulent misconduct report #A159045. #2. At the Hearing on #A159045 Examiner Kain stated that he did not understand why C.O.Miknich took the Legal documents/work/records from me, and that I should contact the Property Office about getting them back. Also in Hearing Examiner Kain's decision DC-141 PART II B the decision was to revoke the newspaper that was cited as the contraband (in violation of DOC Directives). But again, this has nothing to do with the Legal documents/work/records seized by C.O.Miknich. #3. In William Banto response 5-10-00 on #MAH-0217-00 DC-804 PART II he implies that the items confiscated and determined contraband were to be revoked. The newspaper was the only item to be identified as contraband (in violation of DOC Directives), and my Legal documents/work/records were never mentioned in this William Banto Response. But we all know the deceptive means at play in this William Banto Response. Unfortunately, William Banto needed to be more concise, because he left the entire Grievance #MAH-0217-00 undetermined and open by his final statement: This issue will be further discussed with appropriate staff as I explained to you." I'm still waiting for him to discuss the issues with the appropriate staff and give me the initial decision on these undetermined issues. #4. After speaking with Unit Manager Chismar on the issue of the with-held Legal documents/work/records, she looked at the Hearing Examiner decision on #A159045 and said that even though the Legal documents/work/records were not identified as Contraband, the decision was to have the contraband revoked. She said that means it was to be returned to me. That is the compleat opposite of what William Banto stated. I tend to agree with Unit Manager Chismar, because all other misconducts of contraband I have ever received have stated that the contraband is to be destroyed (if not to be returned). The American Heritage Dictionary states: REVOKE. To void or annul by recalling, withdrawing, or reversing....to call back. I suppose this term is used to imply any changeable interpretation the Official wants to use to cover all bases as the need arises. Just as everyone who interprets it "now comes up with a totally different interpretation (because all Officials are not together to conspire the agreed implication). As the definition goes on it's own merit, the definition favors: "void, withdraw, reverse (the contraband). And all of this "only implies the newspaper!"

Where is there any mention of my Legal documents/work/records?

Where "are my Legal documents/work/records?!

I now resubmit my file number 36 and 37 Grievances.

Your Official response no longer matters. These issues are being entered into a Legal Action. Your actions and handling of these issues has been documented.

cc: C.Dotter
    K.R.Stuber esquire

December 18, 2000

SUBJECT:    SCI Mahanoy Administrative Retaliation
            4-13-00 to Present.

TO:         Lt. Datchko
            Security. (SCI Mahanoy)

FROM:       Brett Culver DD-3483
            D-B #22

The relief you promised me 11-30-00 of no more harassment (with guarantee of legal documents returned from seizure 4-1-00 Miknich) lasted about a week. On 12-7-00 upon release from L-5 the Property Officer (Kingston) accosted my personal property. Officer Kingston seized various items that were in full compliance with DOC directives/policy, and items approved by "documented" Administrative authority. Officer Kingston is also responsible for many missing items from my property. Outside of appliances, books, and shoes, what property I have left can fit in a shoe-box. Officer Kingston is responsible for the disappearance, seizure, or destruction of a estimated value of $675.00 worth of personal property (occurrences 9-11-00 through 12-7-00). This is clearly (continued) Administrative Retaliatory actions by SCI Mahanoy officials.

Also associated with the continued Administrative Retaliation is the denial of any access to activities and/or Religious Services (9-11-00 to present).

It is evident that Administrative Retaliation will continue against my person at this facility. At this time I would like to know if the Legal documents/work/records seized by CO Miknich on 4-13-00 will be returned to me, as you said they would be last we spoke 11-30-00? I will offer this last reasonable opportunity before I have to enter a Civil Action on this matter.

Please acknowledge this request and inform me of any further complications should they occur.

cc: Office of Professional Responsibility, Camp Hill

EXHIBIT
35 (a) This Page is not
V
The Appeal involved in this case
is not involved

10-18-00

RECEIVED

OCT 2 0 2000

SUPERINTENDENT'S OFFICE
SCI MAHANOY

This is the third attempted Appeal of #A212770 to the SCI Mahanoy
Superintendent R. Shannon. The previous Appeal(s) efforts and this third
attempt are in full compliance with DC ADM 801 VI 2 - My guess is that
this Administration will rely on manipulation of variables, so let
me cut the chase right now by citing DC ADM 801 V12 a. :" The in
may state any claims concerning alleged violations of Department
directives, regulations or other law:". The text is more courteous
than ~~the~~ reasonable. ~~xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx~~ And
being 1 page does constitute brief statements of the relevant fac

---

**DC-135A**

## COMMONWEALTH OF PENNSYLVANIA

### DEPARTMENT OF CORRECTIONS

### INMATE'S REQUEST TO STAFF MEMBER

**INSTRUCTIONS**

*Complete Items Number 1-7. If you follow instructions in preparing
your request, it can be disposed of more promptly and intelligently.*

| 1. TO: (NAME AND TITLE OF OFFICER) | 2. DATE |
|---|---|
| R. Shannon Superintendent | 10-18-00 |

| 3. BY: (INSTITUTIONAL NAME AND NUMBER) | 4. COUNSELOR'S NAME |
|---|---|
| Brett Culver DD3483 | Bars 4 |

| 5. WORK ASSIGNMENT | 6. QUARTERS ASSIGNMENT |
|---|---|
| | RHU D-32 |

7. SUBJECT: STATE COMPLETELY BUT BRIEFLY THE PROBLEM ON WHICH YOU DESIRE ASSISTANCE.  GIVE DETAILS.

Why do you play games with these issues?
I'll make this Appeal real simple:

SUBJECT: APPEAL of #A212770    3rd Appeal → 10-18-00

Now Resubmit...    4th Appeal → 10-25-00

TO: V - 1    Superintendent R. Shannon

FROM:    Brett Culver    DD3483
35 Q #36    RHU D-22

Document R. Shannon 9-5-00 (Contents of both Documents submitted R. Shannon 9-5-00) stands as evidence on its own merit. Documentation submitted R. Shannon 9-5-00 contains NO THREAT, nor is said documentation in violation of any rule or regulation. Documentation R. Shannon 9-5-[00] of record contains NO CONTEXT OF PHYSICAL AGGR ESSION, OFFENSIVE INTENT, NATURE OR ATTRIBUTE DIRECTED OR CONTRIBUTED towards or against Officer Miknich (or anyone anything else). Ther[e] is absolutely no Threat contained in context or word in said docum[en] tation R. Shannon 9-5-00.

Documentation R. Shannon 9-5-00 (Both documents submitted 9-5-00) were drafte[d] and submitted as a only means and/or alternative means of witness abi[lity] to the suffered situations of Official and Administrative Harassment[,] Retaliation, Unjust Violations. These documents were entered for record as an only means of protection measures and evidence to the ong[oing] Official and Administrative attacks against my person, as all efforts to secure relief and/or protection from such abuses has been denie[d] by the SCI Mahanoy Administration.

Documentation R. Shannon 9-5-00 (Both documents) were submitted to your authority for record on or about 9-5-00. Your personal review found n[ot] identified any Threat or threatening statement towards Officer Miknich, o[r] anyone else for that matter, as NO Threat exists in said documentatio[n] of record. As evidence of your personal review testimony, You entered th[at] THE ISSUES OF MY COMPLAINT BE INVESTIGATED, As directed [to?] Major McGrady 9-7-00. A week after document R. Shannon 9-5-00 was sub[m] ited to your authority for record, a Captain Mooney has me sent to RHU for refusing to give him the names of employee informants refered to in docu[ment] at R. Shannon 9-5-00. Captain Vincent Mooney then entered a false report #A21[?] saying he questioned me about threatening statements to Officer Miknich, and I refused to explain these non existant Threats he falsely alleges he ce[?] me about. I was placed in RHU by Vincent Mooney for withholding the names [of?] of informants that he demanded, and his actions are retaliatory (See E. Kneiss response 9-2[?]

15. 4.00

SUBJECT: Harassment Incident Committed by
Captain Vincent Mooney 10-13-00

10-14-00

TO: Superintendent R. Shannon

FROM: Brett Culver DD 3483  Brett Culver
RHU  D-22

RECEIVED

OCT 1 9 2000

SUPERINTENDENT'S OFFICE
SCI MAHANOY

On 10-13-00 during my detainment in RHU (D-22) sometime after 5:0
a Captain Mooney (who placed me in RHU on lying allegations) openly Harrassed
(conspired)
person when he came onto the D-Pod. [Hold D-Pod Video for Evening of 10-13-00, Civilian
— Maintain for Record —]
While Mr. Mooney was making a round through the block, I confronted
him on his lying ~~malicious~~ conduct and false allegations which he
utillized to ~~A~~ abuse his power of position and have me confined
to RHU punishment, "on lies".

Vincent Mooney came to my door and started banging on the Door say
"You sure got ~~this~~ a lot to say now that you got a door to hide
behind;", Thus insinuating he would assault me if the door wa
not there, and/or that I wouldn't confront him for lying on me
if the door ~~went~~ wasn't there.   Mr. Mooney started ye
that I was a Coward while pounding on the Door. (It
seems customary for Officials to become enraged when they are confronted for lying)
As Vincent Mooney was crossing the block to leave he wa
yelling: Those kid's weren't lying "were they"? He
intentionally did that to incite the inmate population
against me, and thus created a violation against the
security and the orderly running of the Institution. Inste
& hostile
nment w
Mr. Mooney was laughing about the situation he had created
with
~~and~~ "my placement in RHU (on his untruthful allegations), and
openly harrassed and insulted me for confronting him for
his acts of corruption and authoritative abuse.

This is the second (2nd) attack of Harrassment committe
by Vincent Mooney against my person, in retaliation for
my filing prior reports of Official Harrassment to the
SCI Mahanoy Administration. Vincent Mooney has lied on my
person to induce unjust punishments, and has violated Securi
issues by inciting possible violence against me through Inmate populatio



EXHIBIT

DC-804
PART VI





*Submitted 10-16-00. No response or acknowledgement or return from Grievance Coordinators Office.*

**COMMONWEALTH OF PENNSYLVANIA**
**DEPARTMENT OF CORRECTIONS**
P.O. BOX 598
CAMP HILL, PA. 17001-0598

**OFFICIAL INMATE GRIEVANCE**

GRIEVANCE NO.

| TO: GRIEVANCE COORDINATOR | INSTITUTION | DATE |
|---|---|---|
| *Carol Dotter* | *SCI MAH* | *10-16-00* |
| FROM: (Commitment Name & Number) | INMATE'S SIGNATURE | |
| *Brett Culver  DD3483* | *Brett Culver* | |
| WORK ASSIGNMENT | QUARTERS ASSIGNMENT | |
| | *RHU  D-22* | |

**INSTRUCTIONS:** *Hold RHU D-Pod Camera Video for Evening 10-13-00 "Court Action"*
1. Refer to the inmate handbook Page 12 and DC-ADM 804 for information on the inmate grievance system.
2. State your grievance in Block A in a brief and understandable manner.
3. Next, you are required to list in Block B the specific actions you have taken to resolve this matter. Be sure to include the identity of staff members you have contacted.

A. Brief, clear statement of grievance:

*On 10-13-00 sometime after 5:00 PM while confined in RHU D-22 a Captain Vincent Mooney (who confined me in RHU on conspired fraudulent allegations 9-11-00 to present) openly Harrassed and committed a Security violation against my person. While Vincent Mooney was making a round through the D-Pod, I confronted him for lying against me to have me placed in RHU on his lies. He was laughing and saying: "You Sure got a lot to say now that you got a door to hide behind" Thus implying he would do something to me and/or I wouldn't confront him about lying on me if the door wasn't there. When I said that I have no respect for someone who uses their position and power to lie on people, he started banging on my door chanting "Coward, Coward, Coward!" Then he started to leave, crossing the Block while yelling "Those Kids weren't lying "were They?!" This was a malicious act to create and incite a hostile relation against my person through inmate population. This is a Security violation to incite a hostile environement against my person in the Prison inmate population. This is also a Security violation against the security and orderly operation of the Institution. This is also the second act of Harrassment committed against my person by Captain Vincent Mooney in Official retaliation for filed reports of Official/Administrative Harrassment and Retaliation to the SCI Mahanoy Administration. Captain Vincent Mooney has Harrassed my person, comitted violations of Security and Safty, and violations of DCADM 801 &*

B. Actions taken and staff you have contacted before submitting this grievance: *Also unjust violations 1 8th Amendment crimes*

*Not much action "can be taken against corruption committed by a Security Captain, in a Administration that condones Official corruption. I submitted to the superintendent, and will contact a outside law agency. This Grievance is for record*

Your grievance has been received and will be processed in accordance with DC-ADM 804. *since no relief can be secured via SCI MAH Administration.*

| | |
|---|---|
| Signature of Grievance Coordinator | Date |

**WHITE**—Grievance Coordinator Copy    **CANARY**—File Copy    **PINK**—Action Return Copy    **GOLDENROD**—Inmate Copy

**DC-135A**

## COMMONWEALTH OF PENNSYLVANIA

### DEPARTMENT OF CORRECTIONS

**INMATE'S REQUEST TO STAFF MEMBER**

INSTRUCTIONS

*Complete Items Number 1-7. If you follow instructions in preparing your request, it can be disposed of more promptly and intelligently.*

| | |
|---|---|
| 1. TO: (NAME AND TITLE OF OFFICER) Carol Dotter | 2. DATE 11-20-00 |
| 3. BY: (INSTITUTIONAL NAME AND NUMBER) To-7 Brett Culver DD3483 | 4. COUNSELOR'S NAME Barsh |
| 5. WORK ASSIGNMENT | 6. QUARTERS ASSIGNMENT RHU D-22 |

7. SUBJECT: STATE COMPLETELY BUT BRIEFLY THE PROBLEM ON WHICH YOU DESIRE ASSISTANCE.   GIVE DETAILS.

Because of the rampant corruption within the SCI Mahanoy Administration, and the numerous violations and committed against me, and my reporting these violations. you contend I am abusing the system by reporting these violations. By You now say I am restricted from reporting violations made against me. I should point out that the SCI Mahanoy Administration has Consistantly refused to acknowledge, address, or process any of the violations of corruption committed against me at this facility, since Dec 1 of 99. The most recent violation being the Harrassment/Assault/Threatening committed by Vincent Mooney 10-13-00 RHU D-Pod, which you refuse to acknowledge or address. By who's authority am I restricted from reporting these violations.

8. DISPOSITION: (DO NOT WRITE IN THIS SPACE)

Give Name of Official who has me restricted from reporting violations being committed against me by the SCI Mahanoy Administration & Staff.

Mr. Culver,

Supt Shannon has placed you on grievance restriction for abuse of the grievance system according to the DC-ADM 804.

No one has restricted you from informally reporting any violations to staff by following the appropriate chain of command.

May I point out that previous reports have been investigated and found to be without merit?

| | |
|---|---|
| ☐ TO DC-14 CAR ONLY | ☑ TO DC-14 CAR AND DC-15 IRS |

| | |
|---|---|
| STAFF MEMBER   C Dotter | DATE 11/20/00 |

EXHIBIT
VID

SUBJECT:   Clarification to Carol Dotter
           Response 11-20-00                    (11-23-00)

TO:        Carol Dotter

FROM:      Brett Culver DD3483    RHU D-22

Your response of 11-20-00 [via my 11-20-00 report to your office: "Administrative refusal to acknowledge/address Administrative violat + misconduct"] is as always fraudulent, incorrect, and noth but Administrative action to cover-up responsibilities and issues.

Yes this Administration "has prevented and sabotage any and all reports submitted on SCI Mahanoy staff violations, misconduct, and crimes.

Yes this Administration "has refused to respond to any and all informal efforts to report Administ rative violations, misconduct, and crimes.

And if you were implying (in your 11-20-00 response) that the Vincent Mooney incident 10-13-00 Harrassment/Assau /Threatening was informally found without merit, then your investigator must mean that they informally over looked the 20+ inmate witnesses to Vincent Mooney loose-cannon theatrical preformance (Ate RHV Camera Monitor for in

You should be concerned with doing your job in a professio (dignified/honest) manner, instead of deviately formulating cover-up illusional response entries for record corruption.

#42 K

December 8, 2000

SUBJECT: Administrative Retaliation/Harassment SCIMahanoy
via Related Incidents 4-13-00 Direct to V. Mooney
Retaliatory Actions 9-11-00 to Present.

TO:     Office of Professional Responsibility

FROM:   Brett Culver DD-3483
        301 Morea Road, Frackville, PA. 17932

On 12-7-00, after serving a three month punishment sanction incurred by Administrative
Retaliation (Lying allegations by a V. Mooney), I was again accosted with actions of
Administrative Retaliation/Harassment.

On 12-7-00 after being released from R.H.U. I was told by Property Officer Kingston that I had
to wait till everyone else released that day got their property, because they had special plans
for me. After five other inmates were simply given their property, Officer Kingston started to
ravage    my personal property. Officer Kingston started seizing all Art supplies
(Paints/Brushes/Paper/Boards), Educational  Study Books which are exempt from the DOC book
limitations (I showed him the clearance papers at that time), and also seized were finished Art
works valued at $300.00. I informed Officer Kingston that I bought all the Art supplies and
Study Books by/through the DOC. That I was given DOC approval for all items. That I obtained
Administrative clearance for all the books in my property. Officer Kingston was laughing and
saying that he doesn't care, and I have to send the items out or have them destroyed. I then
told Officer Kingston that I would like the property held until I could get Administrative
acknowledgement that all these items have been cleared, are in accordance with directives, and
accepted into the Institution with my placement at SCIMahanoy 12-1-99. Officer Kingston then
said that if I didn't sign to send them out or have them destroyed at that moment, he was going
to seize all my property.  Being threatened and harassed I signed UNDER DURESS (see
Confiscation No. A212429)

It must be noted that all these items were received with my placement to SCIMahanoy 12-1-99,
and have been subjected to (without harassment), four shake-down dates, and two prior RHU
packings/re-issue **prior to this 12-7-00 seizure** incident (12-7-00 action Administrative
Retaliatory Harassment).

I also found many items missing from my property that I had prior to being placed in RHU. Upon
review of my paper work, I noticed that many items missing from my property were not recorded
when I was placed in RHU 9-11-00. Also that **"Officer Kingston"** was the Inventory and packing
officer at that time.

Of EMERGENCY concern is missing Legal Work/Documents having to do with a civil action to be
filed for an inmate assault (stabbing) at SCIRockview. These were replacement documents/work
for prior documents/work seized by SCIMahanoy officials (that were never returned 4-13-00
Confiscation No.A150818). This does not seem to be a coincidence! In fact I have contested
and reported that all these incidents are calculated conspired Administrative measures of
retaliation, and  obstruction of legal pursuits on these issues/incidents (8-14-99 through
present by SCIRockview and SCIMahanoy Administrations).

Other missing items include: 1 TV Cable Cord, 1 Coffee Mug (Thermal), 2 Typewriter Ribbons,
Approximately 5 Razors (Bic), and various commissary items.

Estimated value of missing Legal work/documents and other missing personals, $200.00

Estimated value of seized/confiscated items destroyed (No.A212429), $495.00

I am requesting compensation for these items.  And I also continue to request relief from
vindictive/malicious Administrative Retaliatory actions and continued harassment at SCIMahanoy.

EXHIBIT

December 14, 2000

SUBJECT:    Response to: Consolidated Inmate Grievance          Re:  SCI Mahanoy Administrative
            Administrative Review System, C. Dotter 12-15-00.        Retaliation / Harassment.
                                                                     The Office of Prefessional
                                                                     Responsibility, 12-8-00

TO:         Carol Dotter
            Grievance Coordinator

FROM:       Brett Culver DD-3483
            D-B #22

On 9-15-00 while in R.H.U. I received the DC-153 INMATE PERSONAL PROPERTY INVENTORY form dated
9-14-00. I noticed many items that I had in my property were not listed or inventoried on that form. I
also received a CONFISCATION slip for 9 books, which are all exempt from the 10 book limit
stipulation, by a Educational Study Clearance/Exemption. I reported the dilemma of missing property
not itemized on the DC-153 form, and notified Lt. Brennen about the book clearance/exemption for the
Confiscated Books (Request Form dated 9-15-00 to Property Office). Lt. Brennen responded, quote: "Your
Property Is Here. See You When You Get Out."; dated 9-20-00. The response I received from Lt. Brennen
9-20-00 was inadequate. So I submitted Grievance No. MAH-0510-00 on 9-21-00. I never received any
response on MAH-0510-00, and in time requested to your office for a response. On 11-16-00 you
responded that Lt. Brennen was a Grievance Officer, and that he had answered MAH-0510-00 on 10-17-00.
I never received any response from Lt. Brennen dated 10-17-00, or any other response to MAH-0510-00.

On 12-7-00 upon release from R.H.U. my property was incomplete, and further accosted by a Officer
Kingston at the Property Office. Officer Kingston further refused/denied itemizing of missing personal
property listed, and not listed on the 9-14-00 DC-153 Inventory Form (Therefore I did not sign the
DC-153 receipt). I was threatened at that point by Officer Kingston with seizure of "all property" if
I pursued the issue, and if I refused to have Art Supplies, Canvas Boards, Paints, Brushes, Paper,
Finished Works, and various other items destroyed "at that very moment." I was forced to comply with
Officer Kingston's demands under duress as signed DC-154A No.A212429 dated 12-7-00. I then filed the
report to the Office of Professional Responsibility (Camp Hill), and submitted Grievance Report dated
12-7-00 (Which I just received back with your response dated 12-1-00).

Since the incidents of report, I have discovered other items missing from my property. I will now
report that there are three PENTEL K106 MILKY GEL ROLLER pens missing from my property. Also I must
report minor damage to my Typewriter which took place during the time I was detained in R.H.U. 9-11-00
through 12-7-00 (The fourth key on top row is disfunctioning, and there are several gouges in the side
of unit as if banged/dropped).

To justify earlier reports of missing Legal Documents/Work, I have found a partial of the reported
missing Documents. But most of the reported Legal Documents/Work "is missing!" The located partial
documents do not effect the prior value estimate of missing Legal and personal property items.



December 18, 2000

SUBJECT:    SCI Mahanoy Administrative Retaliation
            4-13-00 to Present.

TO:         Lt. Datchko
            Security. (SCI Mahanoy)

FROM:       Brett Culver DD-3483
            D-B #22

The relief you promised me 11-30-00 of no more harassment (with guarantee of legal documents returned from seizure 4-1-00 Miknich) lasted about a week. On 12-7-00 upon release from L-5 the Property Officer (Kingston) accosted my personal property. Officer Kingston seized various items that were in full compliance with DOC directives/policy, and items approved by "documented" Administrative authority. Officer Kingston is also responsible for many missing items from my property. Outside of appliances, books, and shoes, what property I have left can fit in a shoe-box. Officer Kingston is responsible for the disappearance, seizure, or destruction of a estimated value of $695.00 worth of personal property (occurrences 9-11-00 through 12-7-00). This is clearly (continued) Administrative Retaliatory actions by SCI Mahanoy officials.

Also associated with the continued Administrative Retaliation is the denial of any access to activities and/or Religious Services (9-11-00 to present).

It is evident that Administrative Retaliation will continue against my person at this facility. At this time I would like to know if the legal documents/work/records seized by CO Miknich on 4-13-00 will be returned to me, as you said they would be last we spoke 11-30-00? I will offer this last reasonable opportunity before I have to enter a Civil Action on this matter.

Please acknowledge this request and inform me of any further complications should they occur.

cc: Office of Professional Responsibility, Camp Hill.

EXHIBIT
VII-T (q)   1 of 2

December 19, 2000

SUBJECT:   Continued Harassment/Administrative
Retaliation and Official Threatening
by SCI Mahanoy Staff. (Incident 12-19-00)

TO:   Office of Professional Responsibility

FROM:   Brett Culver DD 3483
SCI Mahanoy.

On the date of 12-19-00, during a routine Unit shake-down,
"myself and my property" became targeted by Officers on the
Block. Numerous C.O.'s started to harass and threaten me
with statements and actions "they were saying" were reasons (results)
because I was suing a Captain Mooney, because I was the most
marked inmate at the Institution, and many other comments
and accusations related/including Vincent Mooney's name.
A Officer Kmiecak said he was going to "put his boot upside
my mouth."

Lt. Datchko (who had been involved in the phoney cover-up investig-
ation of Vincent Mooney Harassment/Assault/Threatening violation
9-11-00 through 10-13-00) was over-seeing the D-B Unit shake-
down during these incidents of Harassment/Retaliatory Targeting
Threatening/Seizure of 12-19-00. At the time of incident
I voiced the incidents of harassment to him, but he said
for me to lock-up and he'll talk about it latter. Then
a Officer Henderson came to my door and said I could sue him
if I didn't like it (or something like that).

Items seized through Retaliatory Harassment by SCI Mahanoy
Officials (on 12-19-00  8:00 AM through 9:00 AM) were in full compliance
with D.O.C. Directives/Policy, Purchased from or through the D.O.C., and
/or covered by Documented Administrative clearance provision

These items of personal property seized 12-19-00 were the remnants left
from the 12-7-00 seizures/harassment/retaliation.



2 of 2

Items accosted and seized through incidents 12-19-00
include the following:

| | | |
|---|---|---|
| 1 | Smith Corona Typewriter. (+ Ribbon) | Value $230.00 |
| 1 | Zenith 13" Color T.V. | Value $225.00 |
| 1 | Califone Cassette Tape Player. | Value $50.00 |
| 6 | Books. | Value $30.00 |

1 Calender
2 Toothbrush
? Vender Catalogs                    } $7.00
2 Pens
1 Headphone adaptor-jack
118 Religious Phamplets

Estimated Value of Property
Seized 12-19-00
$542.00

I have submitted a notice of report with compensation
estimate to the Superintendent R. Shannon for relief /
reimbursement of incidents and seized property items
(12-19-00).

I now this day of 12-19-00 appeal to the Office of
Professional Responsibility (Camp Hill, Pa) for relief
and protection from the continuous Administrative
Harassment / Targeting / Retaliation / Threatening with Bodily Harm
by SCI Mahanoy staff.

EXHIBIT
VII-E

December 20, 2000

SUBJECT    SCI Mahanoy Administrative
Retaliation 4-13-00 to Present

TO:    Lt. Datchko
SCI Mahanoy Security,

From:    Brett Culver  DD3483

Administrative misconduct / harassment / Threats / assaults
practically occur on a daily basis via statements and
reasons related to Administrative "get-Backs" for Capt.
Mooney as voiced / witnessed by the offending staff
officials themselves, (Incidents ongoing 9-11-00 to Present.)

After voicing these issues to you personally when 6
C.O.'s threatened me on D-B Unit 12-19-00 under
your supervision, I must conclude that you
yourself support and propagate these actions / conduct
by offending / violating staff officials (In all related inc.

Fortunately I detected this when you were conducti
the phoney cover-over investigation to clear Vincent
Mooney (from the crimes / violations he committed
9-11-00 through 10-13-00) and reported these issues
the proper authority.

Any questions you or anyone else in this corrupt Adm
istration might have will be addressed with attorneys a
/ or in Court Proceedings.

You told me we would talk about the incidents of threats that
occurred 12-19-00 (under your supervision on D-B Unit), but I d

EXHIBIT _1 of 2_

January 7, 2000

SUBJECT:    APPEAL OF GRIEVANCE No. MAH-0625-00
            Initial Review Response, Lt. Brennen
            1-2-01 (received 1-3-01).


TO:      R. Shannon
         Superintendent.


FROM:    Brett Culver DD-3483
         D-B  #22



Responses on #MAH-0625-00 and related issue from Lt. Brennen's authority were inadvertently sent to a different block, and were received accordingly: SUBJECT Confiscated Property response, Lt. Brennen, dated 12-29-00 was <u>received 1-5-01</u>.    GRIEVANCE Review Response MAH-0625-00, Lt. Brennen, dated 1-2-00 was <u>received 1-3-01</u>.

The Official Response 1-2-01 is not factual to the actual events and/or incidents of seizures 12-7-00 and 12-19-00.

Upon release from RHU Lt. Brennen was present, but left the Property Office prior to Officer Kingston calling me out of the waiting room to get my property.    At that point Officer Kingston told me I could only have a footlocker and **"ONE BOX"** of <u>property</u> in total.    I told him that was not according to policy. Officer Kingston then proceeded to threaten me with seizure of all my property.    Officer Kingston was making up bogus regulations concerning limitations that don't exist and proceeded to <u>steal</u> my personal property.    I tried to correct Officer Kingston by <u>citing</u> correct policy on my property items, but Officer Kingston had no intention of honoring Policy or Directives.

The DC-154A dated 12-7-00 is clearly signed and noted **"under duress"** below my signature.    <u>I was forced under threats of having everything seized and withheld if I refused to sign the Confiscation Form.</u>    And I was also refused "any alternative opportunity" to arbitrate a proper redemption option aside from the property being destroyed by demand.

The day after I received the Initial Response 1-2-01 (that now contends I could have **THREE BOXES** of personal property), I took Block Counselor Mr. Barsh in my cell and showed him everything I had in my cell (personal property).    <u>"What I have left from the seizures wont even fill **ONE BOX**!"</u>    But aside from this, its evident that nobody in charge at this facility knows anything about Directives, Policy, or what they are doing. Inmates are allowed one footlocker and two boxes of personal property **"IN THEIR CELL."**    This is what I've always been told is the Policy, and what I have always recognized.    But this does not apply when personal belongings, footwear, sweatsuits/thermals, appliances, books-papers-legal materials, plus all <u>prison issue</u> items are packed at Property Storage.    The prison issue crap in my possession would fill **TWO BOXES** in itself.    My shoes and boots alone would fill **ONE BOX**.    My T.V. would fill **ONE BOX**.    My Typewriter, Radio, Legal Work and letters would fill my **FOOTLOCKER, "or TWO BOXES."**    The Educational Books approved for personal studies would fill **ONE BOX**. (I "do have documented Administrative exemption clearance for the Books taken in both 12-7-00 / 12-19-00 seizures).    Also the Art supplies, commissary, hygiene products, magazines/catalogs, and trinket items have to be considered.    At Property these things would far exceed the mis-applied three box contention by Lt. Brennen.    "But in my personal possession, everything in its proper place in the cell arrangement I would be in full compliance with DOC Policy **AS I WAS** prior to both seizures (shoes on floor, state issue on hooks/in cabinet, toiletries on shelf, T.V. on cabinet, Radio on desk, Books/Legal/Letters in box).

"All my property was in full compliance with DOC Directives/Policy, and has always been in full compliance since my placement at this facility 12-1-99.

I do not/did not have **excess** of property or items. I just had **most** of the items inmates are **permitted** to have/obtain. "I've been down for a decade!" Little by little I have struggled to purchase the **items inmates are permitted to have.** After the Harassment/Corruption incidents "Miknich/Mooney" my property became targeted in the Administrative Retaliation campaign. As there is no rational for the seizures of 12-19-00, being that anything and everything supposedly in excess or whatever was taken in the "just prior" seizure of 12-7-00. This also applies to the Educational Study materials taken that were covered by documented clearance, **and very expensive.** The Books were suppose to be <u>DONATED</u> to the Chapel because I had no money to ship them out under the insistent demands (even though I produced the clearance papers <u>at that time</u>). The Books cost me a lot of money, and I purchased them for these approved studies. I conceded to donate them to the Chapel where the clearance documentation could be verified/honored. "The Books were never received by the Chapel Dept. as of 1-6-01. (this would include Books seized in both 12-7-00 / 12-19-00 seizures) The concession was agreed to by seizing Officers in both seizures.

The rational given for the seizure of T.V., Tape Player, and Typewriter on 12-19-00 are not the same as incident. Also, my appliances were engraved with proper numbers, and had been security sealed when they were received. According to the jeering CO's at the time of incident 12-19-00, it was all "get back" for alleged reasons that I was suing a Captain Moony (as heard and witnessed by other inmates at that time and date).

I do not have **ONE BOX** of personal property left after the Administrative Retaliatory Seizures. Since the Official Response now stipulates that I can have **THREE BOXES** of personal property, I would like to receive that much property back.

If this Administration says "I" cannot have art supplies as Officer Kingston <u>stipulated</u> in the 12-7-00 seizure, then that should also apply to the rest of inmate population at SCI Mahanoy. If this Administration contends that Book clearance documentation will not be honored, and I am not permitted adequate opportunity to relinquish the approved books I paid for without total loss, then this should likewise applybe to the rest of inmate population.

At present under the Directives and Policies of the Department of Corrections, the SCI Mahanoy Administration is liable for the return, replacement, or value of the property items seized 12-7-00 and 12-19-00. Because the Electronics have been returned as of 1-5-01, those items will not apply under return/compensation relief. The Harassment application of incidents however will be addressed at another time, though other authorities.

cc:  Office of Professional Responsibility.

*Britt Cilhon*

1-8-01



BRETT CULVER  DD-3483
201 MOREA ROAD
FRACKVILLE, PA. 17932

January 16, 2001

SUBJECT:  APPEAL of Grievance No. MAH-0625-00

TO:      Central Office Review Committee
         P.O. Box 598/2520 Lisburn Road
         Camp Hill, PA. 17001-0598

FROM:    Brett Culver  DD-3483
         SCI Mahanoy

Grievance No. MAH-0625-00 has been denied fair and impartial due process by and through the Administrative offices/officials at SCI Mahanoy.   But it must be recognized that this is how all reports, incidents, and issues are mistreated by the SCI Mahanoy authorities.

The RESPONSE TO OFFICIAL INMATE GRIEVANCE #MAH-0625-00 by R. Shannon dated 01-11-01 is of practice inaccurate, fraudulent, and misleading.   The Grievance Appeal submitted to R. Shannon's authority 01-08-01 contained nothing beyond the issues reported in #MAH-0625-00 with subsequent addition reports (seizures 12-07-00 / 12-19-00).   It must be noted that the seizure incident of 12-19-00 was reported to the Grievance Coordinator in relation to incident 12-07-00 prior to #MAH-0625-00 official docket No.   The issues of Appeal 01-07-01 are the seizure incidents of report with expounded information to correct the fraudulent claims of Initial Response 01-02-01.   The Official Response by R. Shannon is the usual cover-up record response.

The SCI Mahanoy Administration uses the following process to obstruct and sabotage all reported issues to its chain of command.

#1.    Refusal to address.  Refer to DC-804 Part 1 and you will see that this Grievance had to be submitted three times before Carol Dotter finally recorded the docket No.

#2.    Redirect issues.    The Official Grievance Coordinator always spins the issues of reports by redirecting the responsibility to various other officials who seldom if ever respond to the issues that are redirected to their authority.   Elapsed time is generally used to deny further efforts for relief on time limitations.

#3.    The Official Grievance Coordinator then refers the Investigation duties to the violating staff members for the Grievance Response.   Their is no Official Grievance Coordinator investigation and/or decision. All issues of report are denied impartial process, and usually referred to the violating personnel for disposition.

#4.    A record cover-up response is formulated for rational, and all authorities adhere to the biased fraudulent cover-up report.

The issues of #MAH-0625-00 are: Property seizures with the relative Administrative Harassment/Retaliation.

In Official Response 01-02-01 a Lt. Brennen cites "Departmental Policy 6.3.1," which seems to be non-existent.   When I was transferred to SCI Mahanoy 12-01-99, I was permitted one footlocker and two boxes of property in transport, "with the extended allowance of having an additional two boxes of property sent by mail at the inmates expense.   That was the DOC policy on personal property.   Personal Property in transport is also void of inmate issue items.

In the seizure incident 12-07-00 all my personal belongings were taken **under threats,** and I was only left with the inmate issue items and a few books.    Other than inmate issue items, some books, and Electronics, all my personal property was seized.    Refer to DC-153 dated 9-14-00 as listed "**NONE**" of the items inventoried were in violation of Policy or Limitations.    All the items listed on the DC-153 are in full compliance with DOC Directives, Policy, and Limitations, but were subjected to seizures 12-07-00 / 12-19-00.    Therefore there can be no justification to the property taken by Official threats and force.

(On 09-15-00 I submitted to Lt. Brennen about the Clearence Exemption for Confiscated books, and many items not listed on the DC-153 dated 9-14-00.  On 09-21-00 I submitted #MAH-0510-00.  On 10-30-00 another attempt was made to establish verification of missing items, confiscated books, ect, to Carol Dotter.)

I also know  that inmates are allowed to have, use, and order art supplies.    But the Property Officer Kingston made up fraudulent claims/stipulations that I could no longer have the art supplies.

I have (and showed) Educational Study Clearance for the books seized in both 12-7-00 and 12-19-00 seizures. Because of my approved studies I had 14 Books Exempted from the 10 book stipulation.    These very expensive books were maliciously seized even after I produced the Official Clearance Documentation papers.    Refer back to DC-153 dated 9-14-00 for confirmation. (Lt. Brennen has a copy of Clearance Documentation at the Property Office.)

In contrast to R. Shannon's contentions that I chose to leave items/property at the Property Office, this also is untrue.    All items were taken by THREAT and by FORCE.    Both seizure incidents were clearly hostile actions related to the continued Administrative Harassment/Retaliation 04-13-00 to present.    I must point out that Lt. Brennen has been consistently involved in all illegal seizure and Official harassment incidents from 4-13-00 to present.    Most of the Official Grievances and violation reports have been turned over to his authority by the supposed Official Grievance Coordinator Carol Dotter.

Also, at seizure incident 12-07-00 Officer Kingston refused to itemize all the property missing, and that seized (except for art supplies).    By policy the DC-153 is to be signed by both officer and inmate upon receipt of property.    Officer Kingston also refused to give me a DC-154A receipt for the seized books. All verification of missing property was denied by Officer Kingston.    In violation of DOC Policy and Procedure I was refused the DC-153 Receipt of items left over from the seizure 12-07-00.    Officer Kingston has obscured the record, and has failed to document items taken, items missing, and the property I finally received on 12-07-00.

The property limitation out-lined by the 01-02-01 Response would be applicable to inmate **cell storage**.    As pointed out in prior responses, the inmate issue items fill two boxes in themselves.    This is not to mention that my electronics would take up three boxes, "AS THESE ITEMS AND PROPERTY DID" when packed at the Property Office.    After speaking with Property Office workers, it has been verified that the average number of boxes per inmate with property stored at the Property Office is six boxes.    That is the verified **average.**    The workers also said that it is not unusual for a single inmate to have six boxes "and a footlocker" stored at Property.

My main point remains that **NONE** of the property I came to this institution with was ever questioned upon reception, during the approximately six shake-downs  prior  to the 12-07-00 / 12-19-00 seizures, or at packing/re-issue anytime during  the other times I was placed in RHU via Administrative Retaliation incidents.    And the fact that **NONE** of the property items listed on the DC-153 Inventory Form were in violation of Policy and/or Limitations as Officer Kingston, Lt. Brennen, and R. Shannon have implied to justify both seizures.

Since the testimony of these Officials is in question, I will appeal that the DOCUMENTED RECORD of my property be upheld for the proper resolution of #MAH-0625-00.

I have been left with nothing but my electronics, a few books, and inmate issue items.    All personal property and commissary items were seized and/or missing on incident 12-07-00.    This is not DOC Procedure or Policy.    And neither were the treats that came with the illegal seizures.

I now request a fair and impartial resolution to the  illegal seizures of my property 12-07-00 / 12-19-00, and acknowledgement of the continued misconduct of the Official staff members at SCI Mahanoy.



EXHIBIT
VIII-H    1 of 2

BRETT CULVER DD-3483
301 MOREA ROAD
FRACKVILLE, PA. 17932

February 16, 2001

SUBJECT:    Respondence to Pending Grievance
Appeal No. MAH-0625-00 Submitted
to Central Office 01-16-01.

TO:    Central Office Review Committee.
P.O. Box 598 Lisburn Road
Camp Hill, PA. 17001-0598

FROM:    Brett Culver DD-3483
SCI Mahanoy.

Included is a copy of the documented "Educational Studies Clearance/Exemption" papers for the Study Text Books seized on both 12-07-00 and 12-19-00.    Also included is a title listing of most Text Books seized.

Lastly is the out-lined Itemized Missing Property List, with Eestimated Values.    These are the items I am able to verify, that were wrongly seized through Administrative retaliatory actions.    I Appeal that these items be rightfully returned and or compensated for.

Sincerely,

ITEMIZED MISSING PROPERTY LIST with ESTIMATED VALUES

 2 of 2

Property Seized 12-07-00 / 12-19-00 of Report (MAH-0625-00) to be Returned or Compensated.    All items seized were in accordance with DC-ADM 815 Policy/Limitations (compare property reception record DC-153 12-01- with itemized property record DC-153 09-11-00 directly subject to seizure 12-07-00).

Personal Property Seized 09-11-00 Through 12-07-00.

Legal Documents,Forms,Civil Action Brief.
(Value estimated for work)....$30.00
1 Cable Cord...................NO COST
1 Coffee Mug (thermal).........$1.26
2 S.C. Typewriter Ribbons......$8.35
5 Razors (Disposable Bic)......$0.75
1 Sunglasses...................$1.40
1 Toothbrush Holder............$0.34
3 Pentel Milky-Gel Pens........$3.75
9 Study Text Books.............$75.00
22 Acrylic Paints..............$30.00
24 Paint Brushes...............$50.00
13 Art Boards/Paper (22X28)...$40.00
5 Art Works ($60.00 each)....$300.00

        Sub Total Value.$540.85


Personal Property Seized 12-19-00

6 Study Text Books............$30.00
1 Calendar....................$1.00
2 Toothbrushes................$0.68
118 Pamphlets.................$3.00
2 Pens........................$1.90
1 Adaptor (Mono/Stereo).......$1.10
1 Shoelace....................$0.49
1 S.C. Typewriter Cor.Cassette.$3.90

        Sub Total Value.$42.07


        Grand Total.$582.92

EXHIBIT
VIII

BRETT CULVER, DD-3483, 301 MOREA ROAD, FRACKVILLE, PA. 17932

May 23, 2001

TO:  Chief Grievance Coordinator
      Thomas L. James

Re:  DC-ADM 804-Final Review
      Grievance No. MAH-0510-00
      MAH-0625-00

The record is quite simple, and **in total contradiction to your findings.**    The record shows that 9 books were confiscated on both 9-14-00 and 11-7-00.    The record then shows  that <u>all books</u> listed on the DC-153 Inventory sheet (9-14-00) were in accordance with DOC Policy Limitations "<u>AND COVERED BY ADMINISTRATIVE DOCUMENTED CLEARANCE</u>" by the SCI Mahanoy Administration Officials (Dated 01-31-00).    The seizure of books (personal property) in seizures 9-14-00 through 11-19-00 violates the record of <u>inventoried personal property items, and documented exemption clearance of all books belonging to this inmate.</u>  This inmate followed <u>all</u> DOC Directives and Procedures "<u>to make sure</u> his personal property of study books were in <u>complete compliance</u> with DOC Policy and limitations, "<u>and covered by DOC Administrative document clearance</u>.    Inmate followed DOC Policy Procedures completely, and obtained the necessary exemption clearance approval needed for the study texts that have been wrongfully seized.    The DOC is liable for the property seized that has SCI Mahanoy Administrative "prior  approval  and  verified  documented exemption clearance from DOC Regulation 803-4 Limitation (as documented by exemption 01-31-00 of official record).

As for personal property seized 12-7-00 and 12-19-00, the record shows that all personal property received at the  SCI  Mahanoy  facility (with inmate), according to DC-153 Inmate Inventory sheet, "and by <u>approved clearance</u> from SCI Mahanoy Property Personnel, "was and "remained in accordance with DOC Directives/Policy (and limitations) from the time of reception (12-1-99), through 5 or 6 shake-downs, until Administrative retaliation actions began against this inmate via T.E. Miknich/Vincent Mooney assaults.    The <u>record of</u> <u>DOCUMENTED INVENTORY</u> of personal property in accordance with DOC Directives/Policy and limitations "<u>directly prior</u>" to the seizure "<u>IS THE RECORD you refuse to acknowledge</u>".  Also the fact that <u>all personal property items</u> were ultimately seized on 12-19-00.    It must therefore be your contention that inmates are not permitted the items purchased at commissary, or items that are approved by the institution for purchase, "or" that "every other inmate" is allowed to have and order these items that have been taken from my person because "I PERSONALLY" am not permitted to have commissary items, or **items** purchased through the DOC by approved outside purchase.

It is **evident** by your final review May 18, 2001 that DOC Directives/Policy do not apply "unless they fit the agenda of officials who practise manipulation and corruption of the system.    **This must also relieve responsibility of the verbal threats of bodily injury to this inmate, and testimonies by the officials who actively seized the property on the pretenses of; retaliation action for a Captain Mooney (who they said this inmate was suing).    The Official contention by the DOC Officials at Camp Hill has been, and continues to be: "Anything done by Officials that violates DOC Directives/Policy/Procedures or even violates U.S. law "is permissible" because the law and record is not binding to the Corrupt Officials making the official decisions in these matters.

At this time I will ask that the records sent by this inmate to the correct authority of your office be



BRETT CULVER DD-3483
301 MOREA ROAD
FRACKVILLE, PA.  17932


February 3, 2001


SUBJECT:   Administrative Corruption, DOC Failure to
           Comply/Acknowledge/Take Appropriate Action
           to Justify and/or Provide Relief.


TO:        Office of Professional Responsibility.
           Camp Hill, PA. 17001-0598


FROM:      Brett Culver DD-3483   _Brett Culver_
           SCI Mahanoy.


The Institution at SCI Mahanoy has actively committed **security violations, human rights violations, and acts of** Administrative Retaliation with criminal intent against my person since 12-01-99 to present.

Because of my reporting these incidents and actions of violations and crimes by the Administrative officials, I have been subjected to false allegations, degradation of **status records, official threats of retaliation,** personal threats of bodily harm, unjustified punishments by **fraudulent charges, assaults,** and the seizure of personal property items.

I have suffered these punishments and assaults by the **offending personnel** of the SCI Mahanoy staff since 12-01-99. After evaluating the responses received from all the **submitted** (attempted) reports to the DOC officials at Camp Hill, it is the determination of my family and I that **the DOC officials at Camp Hill support and facilitate the** violations and crimes being committed by the SCI Mahanoy Administrative staff against my person.

We are convinced, as prior complaints evidence, that the DOC officials at Camp Hill are completely aware of the corruption and actions employed by the _SCI Mahanoy officials to obstruct and prevent any procedural filing of_ _incidents and issues in compliance with DC-ADM 801 and DC-ADM 804 procedures._   The DOC officials at Camp Hill have been informed of these obstructions and non-compliance of process by the SCI Mahanoy officials since 04-13-00 to present.   In fact, the DOC officials at Camp Hill have simply redirected all reported incidents and issues back to the authority of the violators at SCI Mahanoy for **continued obstruction and denial** of relief.

The DOC officials at Camp Hill have been fully informed of these situations and incidents by filed reports from both my family members and myself with-out any DOC acknowledgement or appropriate action taken.

At present I receive constant physical and disciplinary threats, almost on a daily basis, against my person by official staff members at this facility.   Most of these threats are identified as retaliatory actions "for CO Miknich or a Captain Mooney."   Other threats received from the Superintendent or other ranking officials are retaliation actions to be administered via attempts made to report or pursue relief for/from violations and crimes committed against my person by SCI Mahanoy staff members.

Therefore I_ am under direct threat of disciplinary (and physical) retaliatory action if I report incidents or_ _violations through the chain of command offices at SCI Mahanoy (I have partial documentation of these threats)._

If the DOC officials at Camp Hill continue to refuse acknowledgement of these reports of Administrative corruption, violations, and crimes being actively committed against my person, then the DOC officials at Camp Hill will be considered a active participant of these actions and crimes being committed.



EXHIBIT
IX - B  1 of 3

BRETT CULVER DD-3483
301 MOREA ROAD
FRACKVILLE, PA. 17932


February 8, 2001


SUBJECT:    SCI Mahanoy Administrative Denial
            of Fair & Impartial Treatment and
            Discriminatory Denial of Due Process
            of Grievances.


TO:    Office of Professional Responsibility.
       Camp Hill, PA. 17001-0598


FROM:    Brett Culver DD-3483       *Brett Culver*
         SCI Mahanoy.



The following reports are being submitted direct to Camp Hill for attention because I am personally denied fair and impartial due process through the SCI Mahanoy chain of process.

I am currently subject to verbal threats of disciplinary punishments should I submit reports of Administrative misconduct, violations, or crimes being committed against my person, or pursue relief thereof through the SCI Mahanoy offices.

I have suffered previous retaliatory punishments for reporting SCI Mahanoy staff misconduct, violations, and crimes. All efforts and attempts to report staff misconduct have been obstructed and/or prevented fair and impartial process or resolution by and through Administrative denials, lies, falsified record responses, personal threats, retaliatory punishments, harassment, and official collaboration to cover-up staff misconduct/corruption.

Therefore, being that the Administration at SCI Mahanoy is the violating offender, and denies any fair or impartial process of the offences of report, these complaints are being submitted direct to the Camp Hill DOC authorities for attention/resolution.

BRETT CULVER DD-3483
301 MOREA ROAD
FRACKVILLE, PA. 17932

*2 of 2*

February 8, 2001

SUBJECT:   Pending SCI Mahanoy Administrative Misconduct
           and Unresolved Vincent Mooney Issues.

TO:        Office of Professional Responsibility.
           Camp Hill, PA. 17001-0598

FROM:      Brett Culver DD-3483
           SCI Mahanoy.                *Brett Culver*


On 12-07-00 I was released from RHU custody that resulted from punishments incurred through lying allegations by a Captain Mooney of the SCI Mahanoy staff.   The false allegations to inflict punishments by Vincent Mooney were retaliatory actions via my efforts to file reports of harassment violations and crimes committed against my person by another SCI Mahanoy staff official CO Miknich, which were reported to the SCI Mahanoy officials, namely R. Shannon (9-5-00).   Instead of addressing and resolving the violations of report professionally and honestly, the SCI Mahanoy Administrative officials collaborated in a combined effort to deny and cover-up actions of corruption, misconduct, abuse, and crimes committed by the offending officials.   This continues to be a collaborated effort including threats against my person should I pursue these issues, or enter further reports of official misconduct.   Also are the active "previous threats against my person for already reported official misconduct, violations, and crimes, by and through the perpetrators presently accosting and targeting my person.

I was given verbal warnings (threats) from the SCI Mahanoy Superintendent R. Shannon, not to pursue reports of Administrative misconduct, violations, crimes, or actions of corruption being committed against my person by staff officials, or I would suffer Administrative action.   Those threats were acted upon by Captain Mooney to induce unjust abusive punishments against my person (9-11-00) through the appointment by Superintendent R. Shannon.

Since my 12-07-00 release from RHU on Administrative retaliatory sanctions incurred 9-11-00, I have been subjected to continuous threats and punishments by various staff officials.   These threats occur wherever I go throughout the facility.   I am accosted with threats of bodily harm or authoritative punishments by abuse.   (This also includes seizures of personal property.)   These threats are mostly accompanied with references to CO Miknich or a Captain Mooney.

Before being released from RHU due to the prior retaliatory punishments incurred 9-11-00 through a Captain Mooney, I was forced to file on and report incidents of Harassment, Assault, and Threats made against me by the same offending Vincent Mooney (incident date 10-13-00).   I reported these offences of security infractions committed by a SCI Mahanoy Security official to the State Police on two occasions without response.   I filed notice to the SCI Mahanoy Administration numerous times, and was denied any and all acknowledgement of reports or infractions committed against my person.   After several reports to the Office of Professional Responsibility at Camp Hill these incidents of report were re-directed back to the offending Administrative officials at SCI Mahanoy for investigation.   I reported to the DOC officials at Camp Hill that the investigation was compromised, corrupt, and biased.   I never received any response to any of the reports of Administrative staff misconduct, violations, or crimes committed against my person by Captain Mooney, and/or response from the cover-up investigation conducted by the offending Administrative officials, with Camp Hill official findings.   The only thing I have received since the reports were submitted is continuous threats from the offending perpetrators, and other staff officials at this facility.   This includes threats of Administrative retaliatory punishments should I pursue the forgoing complaints.

It must be of note, related to the acts of corruption by both CO Miknich and Vincent Mooney, that both these individuals have had prior investigations on similar reported violations of misconduct.

I seek relief from the malicious adverse treatment by SCI Mahanoy Administrative staff.   My safety has been compromised due to the prolific corruption of the SCI Mahanoy Administration, and the abuse thereof suffered since 12-01-99 to present.   I also submit for adequate treatment for endured/suffered stress and damages.

BRETT CULVER DD-3483
301 MOREA ROAD
FRACKVILLE, PA.  17932

March 8, 2001

SUBJECT:    SCI Mahanoy Administrative Retaliatory
            Harassment and or Obstruction of
            Law Library Services

TO:         Office of Professional Responsibility
            P.O. Box 598
            Camp Hill, PA. 17001-0598

FROM:       Brett Culver DD-3483        *Brett Culver*
            SCI Mahanoy.

For the past two months my efforts to access Law Library Services have been obstructed by SCI Mahanoy officials.    Since April 13, 2000 I have been subjected to illegal seizures of legal materials, harassment, stalking, and false accusations of report (Misconducts to incur unjust punishments) by a Officer Miknich.    Every single time I have come in contact with this official (CO Miknich) I have suffered seizures of legal materials, abusive language, threats, and assaults by false allegations/charges to inflict unjust punishments.    Since 04-13-00 I have also suffered associated threats from or through other staff members, associate conspiracies and stalking by officer Miknich.    The SCI Mahanoy Administration has condoned and supported any and all acts of corruption/abuses committed by this staff official since 04-13-00 to present.    After suffering numerous abuses by this official, and reporting this officer Miknich for misconduct, violations, and abuse of authority, I have had to avoid all contact with this officer.    All efforts to report and or seek relief from suffered abuses committed by this offending official have been met with Administrative retaliatory action against my person.

The offending official (Officer Miknich) works the front desk at the Education Building.    All efforts to sign-up for Law Library Appointments have resulted in scheduled appointments during CO Miknich's work shift.    When this officer transferred from second shift to first shift duties, my appointments for Law Library "also mysteriously changed from 2:00 PM (2nd shift) appointments, to 8:30 AM (1st shift) appointments.    This is too out-landishly coincidental.    I feel that there is a collaborated effort at this facility to force altercations (confrontation exposure) with this corrupt official, who's actions of abuses are supported by this Administration, or appointments are strategically made to obstruct access to Law Services.    Whether these situations are deliberate or not, the fact remains that access to Law Library Services are being obstructed by the threat of retaliatory or abusive assaults by this offending corrupt official CO Miknich.

I request relief from the continuing abuses suffered at SCI Mahanoy.    I also submit for relief from obstruction of Legal Services by the offending Administrative staff.

BRETT CULVER DD-3483
301 MOREA ROAD
FRACKVILLE, PA. 17932

March 9, 2001

SUBJECT:    SCI Mahanoy Administrative Corruption,
            Falsification, and Obstruction of
            Requested Record Documents.

TO:    Office of Professional Responsibility
       P.O. Box 598
       Camp Hill, PA. 17001-0598

FROM:    Brett Culver DD-3483
         SCI Mahanoy.

Since my placement at SCI Mahanoy, I have suffered Administrative retaliation and hostilities.    I have been forced to seek relief from the abuses committed against my person by the offending staff members at this facility.    Because of these efforts to report staff misconduct, violations, abuses, and crimes against my person, the SCI Mahanoy Administrative authorities have maintained a champaign of abusive retaliation to inflict punishments against my efforts for relief (reporting staff misconduct/corruption).

Staff members have intentionally and deliberately falsified records, and entered fraudulent reports into record to degrade my status record.    Some of these falsified records were inadvertently exposed to my view when my files were opened in my presence.    I have since then requested disclosure of certain records, and have contested the falsifying/degradation of my record status at this facility.    All my efforts to challenge file records have been denied.

After many challenges for disclosure of records and other documentations, and after citing DOC directives on disclosure of some records of request, my counselor conceded, "so it seemed!"    Several days after I was told copies of the requested records would be disclosed (I have documentation that these records would be disclosed), I was approached and told that the records I requested would instead be destroyed.    I told the staff member that I did not want the records destroyed because they are evidence that my records are being degraded and falsified by certain staff members.    The staff member refused to produce the records, and proceeded to promise that the records would be destroyed.

Evidently, this staff member (who approached me about the records to be destroyed) also mentioned that they had spoken to the offending staff member who falsified the documents in question.    Since that week, the offending staff member has been aggressively hostile towards me on the Block.    Unfortunately he is a first shift Block officer, and I cannot avoid him.

The main issue is the way the Administration at SCI Mahanoy operates to obscure or cover-up staff misconduct and corruption.    It is my right to challenge the corruption and falsifying/degradation of my records at this facility.

I request disclosure of all record documentation entered into my record file by SCI Mahanoy personnel (especially the record documents said to be removed/destroyed) 12-01-99 to present.

I challenge the corrupt practices and abuses I have been subjected to and suffered since my detainment at this facility.

I request protection and relief from the continuous abuses and injustices suffered by offending staff members at SCI Mahanoy.

1 of 2

BRETT CULVER DD-3483
301 MOREA ROAD
FRACKVILLE, PA. 17932

March 11, 2001

TO:     Office of Professional Responsibility
        P.O. Box 598
        Camp Hill, PA. 17001-0598


FROM:   Brett Culver DD-3483
        SCI Mahanoy.


The following issues cannot be processed through the SCI Mahanoy chain of process, because I am under restrictions and retaliatory threats by Superintendent R. Shannon (and associates) should I submit to their corrupt authority.    Such Administrative threats are genuine and have been enforced against any and all prior efforts to report or seek relief from official misconducts, violations, and crimes committed against my person.



BRETT CULVER DD-3483
301 MOREA ROAD
FRACKVILLE, PA. 17932

2 of 2

March 11, 2001

SUBJECT: Official Harassment by SCI Mahanoy
Staff. (Administrative Harassment)

TO:    Office of Professional Responsibility
       P.O. Box 598
       Camp Hill, PA. 17001-0598

FROM:  Brett Culver DD-3483
       SCI Mahanoy.

I have been reporting vindictive and malicious Administrative retaliatory misconducts, violations, and crimes being committed against my person by the SCI Mahanoy staff, to the authority of the DOC since 12-01-99 with absolutely no results.

Since my placement at this facility, members of the SCI Mahanoy Administration have intentionally (purposely) tried to endanger my life within inmate population at this facility. Staff members have deliberately obstructed any and all efforts to pursue legal remedies (including illegal seizures of legal work/records/documents). Staff members have conspired false allegations, false reports, and false Misconduct charges in acts of corruption/abuse of authority to unjustly punish, and inflict abuses for my efforts to report and pursue relief and remedies. Staff members have, and continue to harass my person with these abuses, including ongoing threats and assaults.

Since 12-01-99 the DOC authorities at Camp Hill have idly done nothing to correct or address the acts of corruption and abuse committed by the offending officials at SCI Mahanoy.

I cannot find any means of relief from the constant abuses, harassment, and assaults being committed against my person at SCI Mahanoy. I am constantly harassed when I'm in my cell. I'm targeted whenever I leave my cell. I'm threatened when I try to go to Law Library. My personal belongings are constantly seized without return or refund. I'm threatened when I try to go to Meal Lines, Sick Call, or whatever!

On 03-10-01 I went out to BLOCK-OUT (about 1:30 PM) to hang-out with a friend. The Desk Officer (who the day before tried to prevent me from going to Law Library) opened my door without my knowing, and wrote a Misconduct saying I refused to shut my door (Misconduct 728570 of 03-10-01).

I am no longer going to endure the corruption and abuses by the staff at SCI Mahanoy while the DOC at Camp Hill ignores these abuses. It has been made apparent that the DOC at Camp Hill condones the corruption within the DOC Administrations. It is evident that the Administrations at SCI Rockview, SCI Mahanoy, and the DOC authority at Camp Hill have collaborated in facilitating situations, circumstances, and events to produce a response from my person of: "Altercation, nervous break-downs, or suicide" (since the reported Inmate Assault 08-14-99 to present).

My family and myself have desperately tried to seek relief (protection/safety) from these abuses and situations since my placement to SCI Mahanoy (12-01-99 to present). The DOC has refused relief and/or remedies to any and all reports/grievances to its authority 12-01-99 to present. I continue to be subjected to the abuses, assaults, violations and crimes being committed against my person by the offending staff at SCI Mahanoy.

For all past events and issues of report, the DOC at Camp Hill is foremost responsible. For any future events or incidents, the DOC at Camp Hill is foremost responsible by neglect of duties, responsibilities,

BRETT CULVER DD-3483
301 MOREA ROAD
FRACKVILLE, PA.  17932

April 01, 2001

SUBJECT:   Acknowledgement To Official Refusal To
           Address Or Preform Duties On Reports
           And Appeals On SCI Mahanoy Official
           Corruption/Abuses/Harassment.

                                          Re:  Reports/Appeals to the DOC
                                               at Camp Hill via Official
                                               Response of 4-14-01.

TO:        The Secretary Office of
           Inmate Grievance And Appeals
           P.O. Box 598, Camp Hill, PA. 17932

FROM:      Brett Culver DD-3483
           SCI Mahanoy.

Since 12-01-99 I have reported the abuses, assaults, misconducts, violations, and crimes committed against my person by corrupt officials at SCI Mahanoy without any relief response by DOC authorities at Camp Hill.

I have explained (on countless occasions) that any such attempts to report these Administrative abuses, official misconducts, violations and crimes committed against my person by SCI Mahanoy staff, through the Administrative chain of process at the offending facility, has resulted in retaliatory abuses and unjust punishments by the offending SCI Mahanoy Administrative staff.    The DOC authorities at Camp Hill continue to disregard, and fail to address the issues of corruption and abuses committed by the offending members of the SCI Mahanoy staff, and only refer any and all reports/appeals "back" to the authority of the violating officials at SCI Mahanoy for resolution (which results in continued Administrative retaliations/hostilities against my person).

Added to these issues is current report of being stalked by one of the offending members, CO Miknich.   This official has been moved to a position that provides him with free movement throughout the Prison on first shift.    This official intentionally utilizes this position to stalk my person throughout the Prison on a daily basis.    This adds to the constant harassment, jeering, and verbal threats by staff personnel throughout the Prison, wherever I go, on a daily basis.

It is acknowledged that the DOC Authorities at Camp Hill willfully refuse to address these reported abuses, misconducts, violations, and crimes committed by the officials at SCI Mahanoy.   The DOC Authorities at Camp Hill (by demonstrated failure to preform duties or establish protective safety relief), must be considered willful collaborating conspirators to the Administrative abuses, misconduct, violations, crimes, and retaliation actions against my person by the offending officials.

35 P

EXHIBIT
X-A

THIS IS THE FINAL DOCUMENT TO BE ADDRESSED TO THE ADMINISTRATION AT SCI MAHANOY.....................

September 4, 2000

TO:    Superintendent R. Shannon                                    Re:  #MAH-0286-00

If the Officials of this Administration want to discredit the issues, or me personally, they should have the dignity and courage to do it with truthful statements and credible evidence.  The demonstrated conduct and tactics by Officials of this Administration is reprehensible.  "And it is pathetic that I am the one having to tell you this!"

I have not been deceitful in any of my statements, nor have I fabricated any issues of report.  All the issues "I am forced to submit on" are unquestionably real.

This Administration has consistently refused to address "all issues", and has conspired to sabotage all issues from being processed or resolved.

You accredit statements received by Ms. Chismar (as you say) to be quoted statements from me...  If Ms. Chismar conveyed these so called quoted statements to you as they have been entered in your response (8-29-00), then Ms. Chismar is another lier along with the large association of members within this out-of-control Administration.  There are bits and pieces of true statements present that I made, but that have been twisted and rearranged beyond any true statement or intended interpretation they originally had when I spoke to Ms. Chismar.  "I certainly did not say what you say I said!"  This Administration and it's Officials have corrupted the record (really the entire system) with fraudulent responses (entries) on every single issue I have "had to submit for resolution and relief.  And the Official Response on #MAH-0286-00 is no exception to these Administrative tactics.

To clarify these most recent fraudulent accusations entered on record, "first, Ms. Chismar called me to the Counselors office to deliver (verbally and off the record) "your threats to me should I continue to pursue issues of Grievances (8-22-00).  What I "did say to Ms. Chismar, was that I do not like having to deal with all the paper-work, because it is nothing but a headache "to me!"  I told her that this Administration "refuses to address or resolve "any of these issues, and that is why I am "forced" to submit paper-work.  When Ms. Chismar was delivering the threats you sent her to convey (warnings to stop persuing issues) she accused me of flooding the various offices with paper-work.  She said I was sending paper-work to different offices on the same issue at the same time.  "The record will show that this is not true."  I also told Ms. Chismar that the Administrations agitation with my efforts to find relief on these problems was that of it's own doing.  Then I did say something to the effect that if the paper-work is causing headaches to the Administration, then those are the only results my efforts have gained (I made that statement because all the situations, circumstances, and events have been created and committed by this Administration).  And I did state that it is impossible for me to exist or continue at this Prison under the numerous critical situations, and that I would like to be transferred to a safer Facility closer to my family.

I would like to point out the fact that I have tried desperately to abridge this Administrations Offices to have these issues addressed (somehow someway), because of the Official corruption, dishonesty, and hostility of this Administration.  There are documents of record submitted by me "pleading for any kind of resolution and end to these issues.  The record will show this Administrations meritless dishonest excuses and refusal to address any of these issues.  I only submit paper-work to this Administration when the outside agencies say that I have to.  But I know that any issues submitted to this Administration remain unresolved, and all efforts for relief are futile.

All the paper-work I have submitted to this Administration has basically related to just three issues.
#1 Security Breaches that still continue to endanger my life (Disposition: Unresolved).
#2 Seizure of Legal Documents that has/continues obstructing legal remedies (Disposition: Unresolved).
#3 Harassment-False Allegations/Charges/Aggression of 8th Amend. Violations (Disposition: Unresolved).
"ALL ISSUES SUBMITTED TO THIS ADMINISTRATION CONTINUE TO EXIST.  NOT ONE ISSUE HAS BEEN RESOLVED."  The only Administrative action taken has been fraudulent corruption of issues (and my record), obstruction of process, and threats if I continue to pursue these or other issues.

I will continue to seek relief on any and all Administrative/Official violations, harassment, and lies made against me past/present/future.  "However, I will not be submitting anything to the corrupt authority of this Administration.

EXHIBIT 13 1 of 3

LEWISBURG PRISON PROJECT
P.O. BOX 128
LEWISBURG, PA. 17837

December 11th,1999

BRETT CULVER DD-3483
S.C.I.MAHANOY
301 MOREA ROAD
FRACKVILLE,PA. 17932

Dear Representative.

My name is Brett Culver, and I'm seeking help in filing a law suit/suits against SCI Rockview for an assault on my person. I was stabbed through the arm by another inmate who tried to rob my cell. There is no question that the Institution Administration is liable of security negligence for my personal safety in this matter. (Breach of Security) I'm seeking help in filing this law suit. Also assistance in litigation through Court. I'm unable to do this on my own because I'm indigent, and suffer psychological disorders at this time. The attack took place on August 14th 1999 at about 1:45 PM. Another inmate (only known to me as Terry Williams) attempted to rob my cell while I was sleeping. The altercation lasted about 3 to 4 minutes, in which I was stabbed through my lower left arm. The Institution Administration is liable because the assault took place during SHIFT CHANGE, when there is NO security present on the cell ranges. (After the officers take count at noon lock-down, about 1:00 PM., no officers are present on cell ranges until the next shift, about 2:00 PM. But all cell doors are opened electronically when count clears about 1:30 PM. So there is approximately half an hour where all cell ranges are open with NO security present for inmate safety.) Unfortunately, I had fallen asleep during noon count, and my cell door was opened when count had cleared. The attack was evidently planned for that time frame. During the attack, I was able to push the assailant out of my cell. At that point I locked myself inside my cell. I wasn't able to get my door open until 20 to 25 minutes later. When my door was opened, I waited for some friends to escort me to the officers desk, in case of another attack. I made it to the desk about 2:20 PM. where I reported the incident

Since the attack, several other incidents and situations have developed that are detrimental to my safety within the Prison system. I would like these issues separate from the assault suit, but related too. (Shotgun effect)

After the assault, I was hospitalized for 5 days. I was released for 1 day, then placed in ADMINISTRATIVE CUSTODY for 7 days because of threats. (The inmate that was thought responsible for the attack was locked-up, and sending threats against me) I was also suffering POST TRAUMATIC STRESS SYNDROME complications from the attack. After the 7 days in A.C. I was again released into population until October 8th 1999. At that time I was again placed in A.C. pending transfer to another Institution for security (safety) reasons. This is where the other issues arose... While in A.C. I received information from another inmate there, that a 3 page report (Petition for Transfer) was somehow given to another inmate there. This report had ALL the classified information I gave to the Administration, on the organized cell robbing gang responsible for the attack. The inmate who told me about the report said that it was passed through A.C. block for everyone to see. And all the individuals I informed on were locked-up in A.C. at that time, and had all read the report. I tried to purchase the report from this unrelated party just to get it out of population. But this individual was unable to get the report. So I reported the situation with outrage to the Administration. I told them who I thought had it, and was correct. The report was found in the possession of Terry Williams. (The inmate who stabbed me) That made little difference though. The information is known through-out inmate population now. And because most inmates in A.C. are transferred to other Institutions, this information will soon travel through-out the Prison system. This will jeopardize my safety wherever I'm incarcerated.

EXHIBIT
X-B. 2 of 3

What I would like to establish through this SECURITY INFORMATION LEAK is that my personal safety is now jeopardized through-out the Prison system. Nobody knows where family, friends, or sympathizers of the assailants are incarcerated. The ONLY alternative for reasonable personal safety in my case would be placement in a LEVEL 2 PRISON. (I'm trying for placement at SRCF Mercer) I was transferred from SCI Rockview on 12-1-99 to SCI Mahanoy. SCI Mahanoy is a level 3 & 4 Prison with about 1800 inmates. The population is mostly from Philadelphia, as are the assailants I informed on. My safety cannot be ensured at this SCI Mahanoy. Inmates knowledgeable of the report will be transferred here soon, if not already. (Added reasons for the demanded LEVEL 2 Prison placement are; Some of the inmates I informed on have been transferred to various 3 & 4 Level Prisons throughout the State. But none of these individuals can be placed in a Level 2 Prison, even if re-transferred. My personal desire for placement at SRCF Mercer is because it's a Level 2 Prison. And it's the only location close enough for my elderly family to make visits.) This situation is contributing to my psychological problems, anticipating attacks or retaliation. I can only find relief in a LEVEL 2 Prison where inmates are less likely to risk aggressive actions. (Before I was transferred from SCI Rockview, the inmate that stabbed me was locked-up 2 cells away from me in A.C.. He was desperately trying to find out where I was being transferred. He and the others involved repeatedly threatened and vowed to have me taken care of wherever I was transferred. This I endured for the 2 months they had me locked-up in A.C. with the assailants. I should never have been subjected to this treatment.)

Another issue about the classified report that was leaked into inmate population needs to be addressed. The inmate who had told me about the 3 page report, told me things that are not true, that he said were in that report. Evidently the Administration at SCI Rockview insinuates that the attack happened with my involvement in a gambling operation. "This is untrue!" It seems they are trying to make "me" responsible for the incident. (I had told them that the leader of the cell robbing gang had a prior gambling operation. And that he had come to me at one time for help when he could'nt cover his losses.) I was told that the report said "I" was the one that had the gambling operation. This is <u>very</u> damaging to my detention record. And I would have never known this accusation had been put in my record if that 3 page report had not turned-up in inmate population. I need help to correct this unjustified corruption of my record. I <u>am outraged</u>! (I'm wondering if this accusation was concocted to obstruct legal suits? It might also explain why the Administration refused to file charges against these assailants. <u>See Exhibit A. Included</u>. I gave all the information on these individuals just so charges could be filed. And it seems all they did with the information is tried to get me killed.)

I'm presently serving a 17½ to 41 year sentence. I only have about 5 years in on that. I HAVE TO FIND REASONABLE SECURITY/RELIEF FOR MY SITUATION. Since the attack I still suffer arm complications, and progressive psychological problems. (I have a prior record of psychological disorders) I will welcome any advice on how to proceed with these issues. Also advice on monetary amounts I should seek for damages. (As well as the present continuing circumstances I suffer) I do not see how the suit/suits cannot be successful. And upon success, any help or assistance you render will be fully compensated for. I only hope you can assist me in these matters, and advise me of what kind of remedies & relief can be sought. If it will help, I have included a sketch of the WEST WING BLOCK at SCI Rockview where I was housed when the assault took place. It might be useful. Please advise.

**QUESTIONS & FINAL NOTES.**

3 of 3

· I would like to activate a special stipulation part of the suit as soon as possible, for my PRESENT situation. (My personal safety in jeopardy while detained at SCI Mahanoy) Is there any way that the Department of Corrections can be held liable for <u>stress</u> and <u>psychological</u> sufferings I endure pending a placement in a LEVEL 2 Prison? (I must point out that I've been going through this since August 14th 1999.) I would like to find some-kind of immediate relief for my safety, as well as my mental state. Could I seek damages for the time I'm forced to suffer and endure? Can I demand a LEVEL 2 Prison placement for safety and stress relief?

My custody level is 3-Z. This is a MEDICAL custody level because of my psychological status. I'm eligible for a level 2 status, but remain a 3-Z because that is the level for inmates under Medical status. There is no reason why I can't be accepted by a LEVEL 2 Prison. I was at SRCF Mercer (Level 2 Prison) prior to my transfer to Rockview. I did well at SRCF Mercer, and was only transferred because of the amount of time I got, when I received a new sentence. The Warden at Mercer told me I could have stayed there, but it was thought that I would suffer stress seeing short-time inmates always leaving. (And the transfer papers were already sent) But the LOW-STRESS environment at Mercer was good for me while I was there. And I was recovering from a troubled mental state "until I was transferred to Rockview. Since my transfer from Mercer, I have suffered continual psychological set backs. And since August 14th 1999 the situations have become critical.

CONTINUATION, 12-13-1999.

During the preparation of this letter, still more developments have taken place. Since my arrival here at SCI Mahanoy, ALL my mail has been given to another inmate. His name is Henery CULVER, with a BÐ- number. He obtained the <u>EXHIBIT A.</u> papers in this letter. And a document from the PROGRAM REVIEW COMMITTEE here at SCI Mahanoy. I've included it as <u>EXHIBIT B.</u> The inmate (Henery Culver) informed me he was receiving ALL my mail. And his housing location/cell number is on everything I've received. As you can see, just about all the information on my situation, and then some, is now in inmate population here at SCI Mahanoy. I'm going to need some speedy help, because I have already reported (with outrage) again to "this Administration. Therefore, they will probably lock me up in Administrative Custody for "<u>their violations</u> of my safety and confidentialities. They will leave me there for months. I just went through this at Rockview. Please help!!!

It's amazing that every single detrimental piece of information concerning my situation has been given to inmate population. "I can't believe this! The Administration here at SCI Mahanoy has contributed to the SECURITY issue. My safety here has already been jeopardized.

I spoke to the Psychologist about the mail issue on 12-13-99, and he agrees this is a security breach concerning my safety.

<u>Date; 12-13-1999</u>

Sincerely.



EXHIBIT
DC-804
PART I - C#9 A 1 of 2

1 of 2

COMMONWEALTH OF PENNSYLVANIA
DEPARTMENT OF CORRECTIONS
P.O. BOX 598
CAMP HILL, PA. 17001-0598

BRETT CULVER DD-3483
301 MOREA ROAD
FRACKVILLE, PA. 17932

SCI MAHANOY

# OFFICIAL INMATE GRIEVANCE

GRIEVANCE NO. ROC-0086-00

| | | |
|---|---|---|
| TO: GRIEVANCE COORDINATOR<br>MR. JEFFREY RACKOVAN | INSTITUTION<br>SCI ROCKVIEW | DATE<br>02-04-2000 |
| FROM: (Commitment Name & Number)<br>BRETT CULVER DD-3483 | INMATE'S SIGNATURE<br>Brett Culver | |
| WORK ASSIGNMENT | QUARTERS ASSIGNMENT<br>SCI MAHANOY D-B 39 | |

**INSTRUCTIONS:**

1. Refer to the inmate handbook Page 12 and DC-ADM 804 for information on the inmate grievance system.
2. State your grievance in Block A in a brief and understandable manner.
3. Next, you are required to list in Block B the specific actions you have taken to resolve this matter. Be sure to include the identity of staff members you have contacted.

A. Brief, clear statement of grievance:

Request for reasonable money damages (compensation) for the assault on my person, by another inmate, August 14th 1999, during shift-change 1:45 - 2:00 PM., while NO SECURITY was present on the Block Ranges for inmate safety. And the situations/circumstances/events forced on my person to endure, through and incurred by the SCI-Rockview Administration on my person, related to the attack and incident, while suffering psychological (trauma) complications incurred from the attack.: #1 Compensation for PHYSICAL DAMAGES incurred from being stabbed through the lower left arm, for which I still suffer diagnosed (recorded) Nerve Damage. #2 Compensation for PSYCHOLOGICAL DAMAGES incurred from the assault diagnosed as POST TRAUMATIC STRESS SYNDROME. #3 Compensation for CRUEL&UNUSUAL TREATMENT by the SCI Rockview Admin. for the period of two months, where I was confined in A.C. with the assailants of the attack, and forced to endure daily death threats and harrassment (by the assailants) while suffering Psychological complications incurred from the initial attack. #4 Compensation for SCI Rockview ADMINISTRATION FAILURE TO PROVIDE PSYCHOLOGICAL TREATMENT AND/OR THERAPY for the time I suffered traumatic psychological stress and complications, from the initial attack, and the time period I was forced to endure death threats/harrassment (continued.)

B. Actions taken and staff you have contacted before submitting this grievance:

Your grievance has been received and will be processed in accordance with DC-ADM 804. mr. Rackovan - Due: 3/7

Jeffrey Rackovan Conditions 2/29/00

Signature of Grievance Coordinator Date

Due: 3/14

WHITE—Grievance Coordinator Copy CANARY—File Copy PINK—Action Return Copy GOLDENROD—Inmate Copy

EXHIBIT
DC-804
PART 1    C    2 of 2
2 of 2

**COMMONWEALTH OF PENNSYLVANIA**
**DEPARTMENT OF CORRECTIONS**
P.O. BOX 598
CAMP HILL, PA. 17001-0598

BRETT CULVER DD-3483
301 MOREA ROAD
FRACKVILLE, PA. 17932

**OFFICIAL INMATE GRIEVANCE**

GRIEVANCE NO. | ROC-0086-00

| TO: GRIEVANCE COORDINATOR | INSTITUTION | DATE |
|---|---|---|
| MR. JEFFREY RACKOVAN | SCI ROCKVIEW | 02-04-2000 |

| FROM: (Commitment Name & Number) | INMATE'S SIGNATURE |
|---|---|
| BRETT CULVER    DD-3483 | Brett Culver |

| WORK ASSIGNMENT | QUARTERS ASSIGNMENT    39 |
|---|---|
| | SCI MAHANOY    D-B |

**INSTRUCTIONS:**
1. Refer to the inmate handbook Page 12 and DC-ADM 804 for information on the inmate grievance system.
2. State your grievance in Block A in a brief and understandable manner.
3. Next, you are required to list in Block B the specific actions you have taken to resolve this matter. Be sure to include the identity of staff members you have contacted.

A. Brief, clear statement of grievance:

and constant taunting from the assailants of the attack on my person. This is for the time period of two months

that I was forced to be subjected to this traumatic situation, and without relief or adequate psychologica treat-

~~ments~~ ment or therapy.  #5  Compensation for PSYCHOLOGICAL SUFFERING AND DURESS INCURRED AND ENDURED RESULTING

FROM CONFIDENTIAL RECORDS BEING GIVEN (Leaked) INTO INMATE POPULATION AND/OR TO THE ASSAILANTS THROUGH AND BY THE

SCI ROCKVIEW ADMINISTRATION, which resulted in daily death threats, and a verbal death contract to follow me throu-

ghout the Prison System. Also resulting in a personal label of being a informant (Rat) within Prison population.

#6  A reasonable settlement for PRESENT AND FUTURE PHYSICAL / PSYCHOLOGICAL SUFFERINGS AND COMPLICATIONS resulting

from  the attack / situations / circumstances / events related to the incident and/or Administrative conduct or

treatment related to the incident.

Damages Include: Physical Pain, Mental Anguish,
Fright and Shock, Embarrassment Humiliation or
Mortification , Psychological Injury.

B. Actions taken and staff you have contacted before submitting this grievance:

This action being a result of long term suffering and complications (Damages) incurred from assault

and adverse treatment and negligence by the SCI Rockview Administration after and the time period since the

initial attack of AUGUST 14th 1999.

Countless requests verbal and written for relief / treatment to Counselor, Unit Manager, Security Officers,

Your grievance has been received and will be processed in accordance with DC-ADM 804. Medical & Psychological Dept. while at SCI Rock

Jeffrey Rackovan
Signature of Grievance Coordinator

2/29/00
Date

WHITE — Grievance Coordinator Copy    CANARY — File Copy    PINK — Action Return Copy    GOLDENROD — Inmate Copy