```
08/08/01                      TRANSFER-ADJUSTMENT-FORFEITURE REPORT                              1

TRNS-ADJ         DATE        FUND       CASE NO           DEF                         AMOUNT
**********************************************************************************************
                                        SCRANTON
8030026150l.   08/07/01    6855XX    3:01-OP-1            1                           -81.49
8030026l502.   08/07/01    5l00PL                         0                            22.16
8030026l503.   08/07/01    5l00PL                         0                            10.37
8030026l504.   08/07/01    5l00PL                         0                            10.54
8030026l505.   08/07/01    5l00PL                         0                             8.92
8030026l506.   08/07/01    5l00PL                         0                             5.00
8030026l507.   08/07/01    5l00PL                         0                             4.75
8030026l508.   08/07/01    5l00PL                         0                            19.75
8030026l601.   08/07/01    6855XX    3:00-CR-010-05       5                           -50.00
8030026l602.   08/07/01    504100    3:00-CR-010-05       5                            50.00

                                                              DIVISION TOTAL            0.00
```

Handwritten notes:
- T2015-6 $5.00
- 1:01-904 Culver
- FILED SCRANTON AUG 8 2001 DEPUTY CLERK
- wf 10/8/8 /6/