IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

BRETT T. CULVER,

        Plaintiff

   v.

COMMONWEALTH OF PENNSYLVANIA,
et al.,

        Defendants

AFFIDAVIT

CIVIL NO. 1:-cv-01-00904

(Judge Kane)

FILED HARRISBURG AUG 2 4 2001
MARY E. D'ANDREA, CLERK
Per_____ DEPUTY CLERK

On the date of 8-14-01 this plaintiff was forced under direct order to report to the SCI Mahanoy Operations Office, where this plaintiff was again accosted with intimidations by a Captain Vincent Mooney (defendant in 1:01-cv-00904 Civil Action), and a Lt. Gavin, pursuant to copy notification of incident AFFIDAVIT 7-20-01 to the Office of Professional Responsibility, Camp Hill, PA.

The DOC appointed the same official who accosted this plaintiff with false accusations/charges, unjust punishments, threats, and endangerment of plaintiffs' safety, to confront this plaintiff for the forgoing reported incident of continued staff abuses.

This plaintiff has been and continues to be subjected to adverse treatments by the offending officials actively/directly responsible for numerous abuses and retaliations against this plaintiff, including continuous intimidations over the reported abuses/adverse treatments by the offending staff at the SCI Mahanoy facility.

Also on 8-14-01 this plaintiff was again obstructed from Law Library Services by the threatening presence of T.E. Miknich at the Progressive Services Building desk. Because of continuous harassment, assault, and seizure of legal documents, this plaintiff must avoid all contact and/or exposure to this defendant of 1:01-cv-00904 T.E. Miknich. Plaintiff has been consistently obstructed from Law Library Services appointments, and has had legal endeavors/pursuits hindered by the threatening/obstructing presence of said defendant T.E. Miknich who actively persists in abuses, adverse treatment, retaliations, and crimes against this plaintiff (4-13-00 to present).

I declare under penalty of perjury that the foregoing is true and correct. Executed on the _17_ day of August, 2001

                                                      Signature, _Brett T. Culver_

BRETT CULVER DD-3483
301 MOREA ROAD
FRACKVILLE, PA.17932

August 18, 2001

U.S. DISTRICT COURT
CLERK OF COURTS
228 WALNUT STREET
P.O. BOX 983
HARRISBURG, PA. 17108

Dear Clerk of Courts.

Please enter the following AFFIDAVIT included (dated 8-17-01) to the Court Record of Case No. 1:01-cv-00904.

Dated this 18 day of August, 2001

Sincerely,

*[signature]*