IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

*1-01-CV-904*

*FILED*
*HARRISBURG, PA*

*AUG 2 8 2001*

*MARY E. D'ANDREA, CLERK*
*Per _____*
*Deputy Clerk*

TO:     U.S. DISTRICT COURT
        CLERK OF COURTS
        228 WALNUT STREET
        P.O.BOX 983
        HARRISBURG, PA. 17108


FROM:   BRETT T. CULVER DD-3483
        301 MOREA ROAD
        FRACKVILLE, PA. 17932


A review of the; "RESPONSE TO COURT ORDER" submitted to the Court on 7-31-01 has been found to contain typographical errors, most critically in mis-identified EXHIBIT citations on pages 17 and 18 of the RESPONSE TO COURT ORDER.

Please enter the included correct pages 17 and 18 (identified at left top; "AMENDED CORRECT 8-23-01") to the record for the 7-31-01 RESPONSE TO COURT ORDER.


Dated this 23 day of August, 2001.

                                        Respectfully,

                                        Brett T Culver

During the months from December 2000 to present, plaintiff has reported violations/abuses/crimes to various agencies (DOC Directors, U.S. Department of Justice/Civil Rights Division, U.S. Commission on Civil Rights, PA. Institutional Law Project, News Media, and State Representatives).

CONFORMATION DOCUMENTATION VERIFICATION TO DOC AGENCIES, OF VIOLATIONS/ABUSES/PROCES DENIAL.

IX

2-3-01  Plaintiff continues to notify DOC Directors of SCI Mahanoy abuses/violations/crimes/obstruction of DOC process procedures. [See EXHIBIT IX-A]

2-7-01  Office of Professional Responsibility (H.C.O'Hara) responds stating that plaintiffs' correspondence dated 2-3-01 has been referred to Robert Shannon.

2-8-01  Plaintiff submits notification and explanation of "why reports are being sent direct to DOC Directors for relief (Denial of procedures/Administrative retaliations/corruption) along with complaint. [See EXHIBIT IX-B 1 & 2]

2-8-01  Plaintiff submits report to Office of Professional Responsible on Administrative violations, abuses, and denial of inmate provisions against this plaintiff.

3-8-01  Plaintiff submits report to Office of Professional Responsibility on ongoing retaliatory harassments committed by defendant T.E. Miknich. [See EXHIBIT IX-C]

3-9-01  Plaintiff submits to the Office of Professional Responsibility plea for relief on SCI Mahanoy Administrative abuses/corruption/obstruction. [See EXHIBIT IX-D]

3-11-01  Plaintiff submits to Office of Professional Responsibility notification reasons of direct appeal to the DOC Directors for relief, with report of staff retaliations of harassment. [See EXHIBIT IX-E 1 & 2]

3-14-01  DOC Secretary's Office of Inmate Grievances And Appeals responds saying that if plaintiff wishes to resolve the various issues, plaintiff must initiate a grievance at the local level.  [This would be in reference to the SCI Mahanoy level which plaintiff is denied, restricted from, and abused for trying to access or pursue, and being the issue of all reports to DOC Directors who ignore the violations and crimes being committed in this regard by the offending SCI Mahanoy officials under the DOC authority.]

NAME ___Brett Culver___

NUMBER ___DD3483___

301 MOREA ROAD

FRACKVILLE, PA 17932

INMATE MAIL

PA DEPT, OF

CORRECTIONS

FRACKVILLE PA

AUG 25 '01

U.S. District Court

Clerk of Courts

228 Walnut Street

P.O. Box 983

Harrisburg, PA. 17108

**FILED**

HARRISBURG, PA

AUG 2 8 2001

MARY E. D'ANDREA, CLERK

Per _____

Deputy Clerk

1710610583 95

U.S. POSTAGE

$0034

91 METER 565467