IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

BRETT T. CULVER,
        Plaintiff

    v.

COMMONWEALTH OF PENNSYLVANIA,
et al.,
        Defendants

AFFIDAVIT

CIVIL NO. 1:-cv-01-00904

(Judge Kane)

*JUDGE'S COPY*
*FILED HARRISBURG OCT 15 2001*
*MARY E. D'ANDREA, CLERK*
*Per ___ Deputy Clerk*

On the date of October 10, 2001 plaintiff was stalked and threatened by defendant T.E. Miknich. Defendant T.E. Miknich is a SCI Mahanoy first shift employee, and who is stationed at the Progressive Services Building where plaintiff attends classes (9:00 - 10:00 AM). Plaintiff's second day of attending classes resulted in defendant T.E. Miknich stalking this plaintiff outside the assigned classroom. The defendants actions were pursuant to said defendant T.E. Miknich accosting and threatening this plaintiff the day before on this plaintiff's first day attending classes at the Progressive Services Building (Affidavit 10-9-01). Plaintiff was only able to exit the classroom (without being detected/accosted) when another inmate momentarily distracted the attention of defendant T.E. Miknich, at which time this plaintiff was able to evade confrontation with the defendant who was actively stalking this plaintiff at the Progressive Services Building.

At 10:50 AM this plaintiff was ordered to the Medical Building. At 11:56 this plaintiff proceeded to leave the Medical Building (where defendant T.E. Miknich evidently was also assigned as Noon Med Line monitor). Defendant T.E. Miknich seen this plaintiff leaving the building, and started to make jeering comments at this plaintiff, and made a malicious derogatory threat to get with this plaintiff latter.

Plaintiff is subjected to retaliatory targeting/abuses/assaults during movement within the SCI Mahanoy facility. This plaintiff continues to be denied relief and protection from the abuses committed by offending SCI Mahanoy staff, who continue to target and accost this plaintiff with retaliatory abuses/assaults. Plaintiff has reported these abuses and tyrannical terrorist actions perpetrated to the authoritative Department of Corrections officials without action of response, relief, or resolution.

I declare under penalty of perjury that the foregoing is true and correct. Executed on the _10_ day of _October_, 2001

                Signature, _[signed]_