10/10/01

TRANSFER-ADJUSTMENT-FORFEITURE REPORT                                   1

SCRANTON

| TRNS-ADJ | DATE | FUND | CASE NO | DEF | AMOUNT |
|---|---|---|---|---|---|
| 8030266801. | 10/09/01 | 322360 | | 0 | -35.00 |
| 8030266802. | 10/09/01 | 6855XX | | 0 | 35.00 |
| 8030266901. | 10/09/01 | 5100PL | | 0 | -7.35 |
| 8030266902. | 10/09/01 | 0869PL | | 0 | 7.35 |
| 8030267001. | 10/09/01 | 6855XX | 3:01-OP-1 | 1 | -10.17 |
| 8030267002. | 10/09/01 | 0869PL | | 0 | 1.44 |
| 8030267003. | 10/09/01 | 0869PL | | 0 | 6.57 |
| 8030267004. | 10/09/01 | 5100PL | | 0 | 2.16 |
| 8030267101. | 10/09/01 | 6855XX | 3:01-OP-1 | 1 | -91.18 |
| 8030267102. | 10/09/01 | 5100PL | | 0 | 3.12 |
| 8030267103. | 10/09/01 | 5100PL | | 0 | 2.02 |
| 8030267104. | 10/09/01 | 5100PL | | 0 | 2.88 |
| 8030267105. | 10/09/01 | 5100PL | | 0 | 5.00 |
| 8030267106. | 10/09/01 | 5100PL | | 0 | 6.00 |
| 8030267107. | 10/09/01 | 5100PL | | 0 | 33.03 |
| 8030267108. | 10/09/01 | 0869PL | | 0 | 13.93 |
| 8030267109. | 10/09/01 | 0869PL | | 0 | 4.60 |
| 8030267110. | 10/09/01 | 5100PL | | 0 | 4.80 |
| 8030267111. | 10/09/01 | 5100PL | | 0 | 4.80 |
| 8030267112. | 10/09/01 | 5100PL | | 0 | 10.80 |

DIVISION TOTAL                                                      0.00

T2671-6  $5.00   1:01-904 Culver

1:01 CV 0904

FILED
SCRANTON
OCT 10 2001
PER _____