PRSLC

```
11/06/01              TRANSFER-ADJUSTMENT-FORFEITURE REPORT                          1
TRNS-ADJ       DATE      FUND    CASE NO       DEF                          AMOUNT
*********************************************************************************
                                  SCRANTON
8030026910l.  11/05/01  5100PL                                0              -8.36
8030026910l.  11/05/01  0869PL                                0               8.36
8030026920l.  11/05/01  6855XX   3:01-OP-1                    1             -92.82
8030026920l.  11/05/01  5100PL                                0               5.05
8030026920l.  11/05/01  5100PL                                0              18.02
8030026920l.  11/05/01  5100PL                                0               6.25
8030026920l.  11/05/01  5100PL                                0               9.00
8030026920l.  11/05/01  5100PL                                0              18.00
8030026920l.  11/05/01  0869PL                                0               8.00
8030026920l.  11/05/01  5100PL                                0               1.81
8030026920l.  11/05/01  0869PL                                0               3.94
8030026921l.  11/05/01  5100PL                                0               6.00
8030026921l.  11/05/01  5100PL                                0              16.75
8030026930l.  11/05/01  6855XX   3:01-OP-1                    1             -62.04
8030026930l.  11/05/01  5100PL                                0               7.99
8030026930l.  11/05/01  5100PL                                0               4.35
8030026930l.  11/05/01  0869PL                                0               1.17
8030026930l.  11/05/01  5100PL                                0               7.52
8030026930l.  11/05/01  5100PL                                0               6.76
8030026930l.  11/05/01  0869PL                                0               7.99
8030026930l.  11/05/01  5100PL                                0               0.38
8030026930l.  11/05/01  5100PL                                0               8.57
8030026931l.  11/05/01  0869PL                                0               4.54
8030026931l.  11/05/01  0869PL                                0              12.77

                                                    DIVISION TOTAL            0.00
```

FILED
SCRANTON
NOV 7 2001
PER _____ DEPUTY CLERK

1:01-0904  CALVER

T2692-5  *9.00