IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

BRETT T. CULVER
        Plaintiff,

v.

COMMONWEALTH OF PENNSYLVANIA,
et al.,
        Defendants.

Case No.: 1:01-cv-00904

(Judge Kane)

FILED
HARRISBURG
NOV 13 2001
MARY E. D'ANDREA, CLERK
Per_____
      DEPUTY CLERK

## MOTION

    Plaintiff **Brett T. Culver** petitions this Honorable Court to set this Case, No. 1:01-cv-00904 for hearing on the next trial docket. As this plaintiff continues to suffer retaliatory abuses and adverse treatment of deliberate indifference by the defendants in this Case, plaintiff petitions this Honorable Court to establish preliminary relief by initiating and Ordering the Restraining Orders on defendants, and the Preliminary Injunctions out-lined in the COMPLAINT section V. a,b,c,d,e,... For reasons this plaintiff has and continues to suffer adverse treatments and abuses by the defendants, this Court must take seriously the evident threat and danger,"that more probable than not," the plaintiff will be further accosted and subjected to aggravated hostile retaliations by the defendants once the COMPLAINT and Orders are served upon the defendants (whom the plaintiff is subjugated too at present).

    WHEREFORE, this plaintiff prays this Court to establish relief and protection from abuses and further adverse treatment by the defendants in this Case.

I declare under penalty of perjury that the foregoing is true and correct. Executed on the 5th day of November, 2001

                              Signature, [signed] Brett T. Culver

## UNSWORN DECLARATION AFFIDAVIT

I Brett T. Culver do hereby verify that the facts set forth in the foregoing MOTION to the Court dated 11-05-01 are true and correct to the best of my personal knowledge, or information and belief, and that any false statements herein are made subject to the penalties of 18 Pa. C.S.A. § 4904, relating to unsworn falsification to authorities.

Truthfully Submitted,

_____
Brett T. Culver,   Plaintiff

Verified this 5th day of November, 2001

## PROOF OF SERVICE

I, the undersigned, hereby aver that I have served the foregoing MOTION dated 11-05-01 upon the U.S. District Court in the manner indicated:

SERVED BY U.S. MAIL ADDRESSED AS FOLLOWS:

U.S. DISTRICT COURT
CLERK OF COURTS
228 WALNUT STREET
P.O. BOX 983
HARRISBURG, PA. 17108

Served this 5th day of November 2001

Signature, _____