③1
11/16/01

UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

BRETT T. CULVER,  :
       Plaintiff  : CIVIL NO. 1:CV-01-0904
  v.  : (Judge Kane)
COMMONWEALTH OF PENNSYLVANIA,  :
et al.,  :
       Defendants  :

FILED
HARRISBURG, PA
NOV 1 5 2001
MARY E. D'ANDREA, CLERK
Per _____ Deputy Clerk

**ORDER**

AND NOW, THIS 15th DAY OF ~~OCTOBER~~ November, 2001, upon consideration of the plaintiff's motions for temporary restraining orders, IT IS HEREBY ORDERED THAT said motions, (Doc. Nos. 6 - 9) are deemed withdrawn for failure to file a supporting brief. See M.D. Pa. Local Rule 7.5.

/s/ Yvette Kane<br>
YVETTE KANE<br>
United States District Judge

YK:dlb

UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

* * MAILING CERTIFICATE OF CLERK * *

November 15, 2001

Re: 1:01-cv-00904    Culver v. Commonwealth of Penn

True and correct copies of the attached were mailed by the clerk to the following:

Brett T. Culver
SCI-MAHANOY
DD-3483
Mahanoy State Correctional Inst.
301 Morea Rd.
Frackville, PA  17931

```
cc:
Judge                        (✓)         (✓) Pro Se Law Clerk
Magistrate Judge             ( )         ( ) INS
U.S. Marshal                 ( )         ( ) Jury Clerk
Probation                    ( )
U.S. Attorney                ( )
Atty. for Deft.              ( )
Defendant                    ( )
Warden                       ( )
Bureau of Prisons            ( )
Ct Reporter                  ( )
Ctroom Deputy                ( )
Orig-Security                ( )
Federal Public Defender      ( )
Summons Issued               ( )  with N/C attached to complt. and served by:
                                  U.S. Marshal ( )    Pltf's Attorney ( )
Standard Order 93-5          ( )
Order to Show Cause          ( )  with Petition attached & mailed certified mail
                                  to:  US Atty Gen  ( )    PA Atty Gen ( )
                                       DA of County ( )    Respondents ( )

Bankruptcy Court             ( )
Other_____      ( )
```

MARY E. D'ANDREA, Clerk

DATE: _11-15-01_____    BY: ___[signature]_____
                                       Deputy Clerk