| TRNS-ADJ | DATE | FUND | CASE NO | DEF | AMOUNT |
|---|---|---|---|---|---|
| | | | SCRANTON | | |
| 80300272901. | 12/11/01 | 6855XX | 3:01-OP-1 | 1 | -151.85 |
| 80300272902. | 12/11/01 | 5100PL | | 0 | 4.75 |
| 80300272903. | 12/11/01 | 5100PL | | 0 | 22.74 |
| 80300272904. | 12/11/01 | 5100PL | | 0 | 4.00 |
| 80300272905. | 12/11/01 | 5100PL | | 0 | 40.00 |
| 80300272906. | 12/11/01 | 0869PL | | 0 | 5.00 |
| 80300272907. | 12/11/01 | 5100PL | | 0 | 4.60 |
| 80300272908. | 12/11/01 | 5100PL | | 0 | 27.53 |
| 80300272909. | 12/11/01 | 5100PL | | 0 | 12.78 |
| 80300272910. | 12/11/01 | 0869PL | | 0 | 22.26 |
| 80300272911. | 12/11/01 | 5100PL | | 0 | 8.19 |
| 80300273001. | 12/11/01 | 6855XX | 3:01-OP-1 | 1 | -29.95 |
| 80300273002. | 12/11/01 | 0869PL | | 0 | 6.02 |
| 80300273003. | 12/11/01 | 0869PL | | 0 | 23.93 |

DIVISION TOTAL    0.00

T2729-5    $40.00    1:01-904    Culver

PRSLC
BELLISARIO

FILED
SCRANTON
DEC 12 2001
PER _____
DEPUTY CLERK

35
01-02-02