See Attachment

(36)
1/7/01

UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA


BRETT T. CULVER,                    :

            Plaintiff              :    CIVIL NO. 1:CV-01-0904

    v.                             :    (Judge Kane)

COMMONWEALTH OF PENNSYLVANIA,       :
et al.,                            :
                                        **FILED**
            Defendants             :    **HARRISBURG**

                                        JAN 0 4 2002

            **ORDER**                   MARY E. D'ANDREA, CLERK
                                        Per_____
                                            DEPUTY CLERK

    AND NOW, THIS 4 DAY OF January, 2002 upon consideration of

the plaintiff's motion to set his case down for trial, IT IS HEREBY

ORDERED THAT said motion, (Doc. No. 30) is denied as premature.


                            _____
                            YVETTE KANE
                            United States District Judge

YK:dlb

UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

* * MAILING CERTIFICATE OF CLERK * *

January 4, 2002

Re:  1:01-cv-00904    Culver v. Commonwealth of Penn


True and correct copies of the attached were mailed by the clerk
to the following:


        Brett T. Culver
        SCI-MAHANOY
        DD-3483
        Mahanoy State Correctional Inst.
        301 Morea Rd.
        Frackville, PA  17931



cc:
Judge                        ( ✓ )          ( ✓ ) Pro Se Law Clerk
Magistrate Judge             ( )            ( ) INS
U.S. Marshal                 ( )            ( ) Jury Clerk
Probation                    ( )
U.S. Attorney                ( )
Atty. for Deft.              ( )
Defendant                    ( )
Warden                       ( )
Bureau of Prisons            ( )
Ct Reporter                  ( )
Ctroom Deputy                ( )
Orig-Security                ( )
Federal Public Defender      ( )
Summons Issued               ( ) with N/C attached to complt. and served by:
                                 U.S. Marshal ( )    Pltf's Attorney ( )
Standard Order 93-5          ( )
Order to Show Cause          ( ) with Petition attached & mailed certified mail
                                 to:  US Atty Gen    ( )  PA Atty Gen ( )
                                      DA of County   ( )  Respondents ( )
Bankruptcy Court             ( )
Other_____   ( )

                                          MARY E. D'ANDREA, Clerk


DATE: _____1-4-02_____          BY: _____
                                         Deputy Clerk