PRSLC - Gatusky

1:01CV904

(38)

Km 1/17/02



01/11/02

# TRANSFER-ADJUSTMENT-FORFEITURE REPORT

1

| TRNS-ADJ | DATE | FUND | CASE NO | DEF | AMOUNT |
|---|---|---|---|---|---|
| **************************************************** | | | | | |
| 8030274701. | 01/10/02 | 6855XX | 3:02-OP-1 | SCRANTON 1 | -82.44 |
| 8030274702. | 01/10/02 | 5100PL | | 0 | 5.40 |
| 8030274703. | 01/10/02 | 5100PL | | 0 | 8.44 |
| 8030274704. | 01/10/02 | 5100PL | | 1 | 17.00 |
| 8030274705. | 01/10/02 | 5100PL | | 0 | 21.04 |
| 8030274706. | 01/10/02 | 0869PL | | 0 | 8.60 |
| 8030274707. | 01/10/02 | 5100PL | | 0 | 4.56 |
| 8030274708. | 01/10/02 | 0869PL | | 0 | 4.92 |
| 8030274709. | 01/10/02 | 5100PL | | 0 | 5.48 |
| 8030274710. | 01/10/02 | 5100PL | | 0 | 7.00 |
| 8030274801. | 01/10/02 | 6855XX | 3:02-OP-1 | 1 | -43.86 |
| 8030274802. | 01/10/02 | 0869PL | | 0 | 6.76 |
| 8030274803. | 01/10/02 | 5100PL | | 0 | 15.00 |
| 8030274804. | 01/10/02 | 5100PL | | 0 | 2.00 |
| 8030274805. | 01/10/02 | 5100PL | | 0 | 3.82 |
| 8030274806. | 01/10/02 | 0869PL | | 0 | 12.88 |
| 8030274807. | 01/10/02 | 5100PL | | 0 | 3.40 |
| 8030274901. | 01/10/02 | 6855XX | 3:02-OP-1 | 1 | -44.39 |
| 8030274902. | 01/10/02 | 0869PL | | 0 | 5.00 |
| 8030274903. | 01/10/02 | 0869PL | | 0 | 10.19 |
| 8030274904. | 01/10/02 | 0869PL | | 0 | 5.02 |
| 8030274905. | 01/10/02 | 5100PL | | 0 | 19.16 |
| 8030274906. | 01/10/02 | 0869PL | | | |
| **************************************************** | | | | | |

DIVISION TOTAL  0.00

T 2747-4 $17.00

1:01-904  Culver

FILED
SCRANTON

JAN 11 2002

PER
_____
DEPUTY CLERK