

## WAIVER OF SERVICE OF SUMMONS

TO: __Brett J. Culver__
(Name of plaintiff's attorney or pro se plaintiff)

I acknowledge receipt of your request that I waive service of a summons in the action of __Culver__ VS __Miknich, et al__, which is case number __CV-01-904__ in the United States District Court for the Middle District of Pennsylvania. I have also received a copy of the complaint in the action, two copies of this instrument, and a means by which I can return the signed waiver to you without cost to me.

I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that I (or the entity on whose behalf I am acting) be served with judicial process in the manner provided by Rule 4.

I (or the entity on whose behalf I am acting) will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for the objections based on a defect in the summons or in the service of the summons.

I understand that a judgment may be entered against me (or the party on whose behalf I am acting) if an answer or motion under Rule 12 is not served upon you within 60 days after __12-31-01__ (date request was sent), or within 90 days after that date if the request was sent outside the United States.

__Jan. 11, 2002__                                              __/s/ Maryanne M. Lewis__
Date                                                           Signature

Printed/typed name:        MARYANNE M. LEWIS

Title if any:              Deputy Attorney General

Address of person          Office of Attorney General
signing:                   15th Flr., Strawberry Sq.
                           Harrisburg, PA 17120

Representing               Horn, Beard, Potter, Miknich, Shannon,
defendant(s) if any:       Chismar, Mooney, Jab, Kramer

FILED SCRANTON JAN 17 2002 PER __/s/__ DEPUTY CLERK

Case 1:01-cv-00904-YK-KH    Document 39    Filed 01/17/2002    Page 2 of 2