```
02/04/02                      TRANSFER-ADJUSTMENT-FORFEITURE REPORT                              1
TRNS-ADJ        DATE        FUND        CASE NO            DEF        AMOUNT
*************************************************************************************
                                        SCRANTON
80300277001.    02/01/02    6855XX      3:02-OP-1           1         -100.00
80300277002.    02/01/02    504100      3:01-CR-123-04      4          100.00
80300277101.    02/01/02    6855XX      3:02-OP-1           1          -94.26
80300277102.    02/01/02    5100PL                          0            3.82
80300277103.    02/01/02    0869PL                          0            2.77
80300277104.    02/01/02    5100PL                          0            8.27
80300277105.    02/01/02    5100PL                          0            6.59
80300277106.    02/01/02    5100PL                          0           12.60
80300277107.    02/01/02    0869PL                          0           28.91
80300277108.    02/01/02    5100PL                          0            4.00
80300277109.    02/01/02    0869PL                          0            6.30
80300277110.    02/01/02    5100PL                          0            5.00
80300277111.    02/01/02    5100PL                          0           16.00
80300277201.    02/01/02    504100      3:97-CR-025-01      1         -350.00
80300277202.    02/01/02    6855XX      3:97-CR-025-01      1          350.00

                                                   DIVISION TOTAL        0.00
```

T 2771-5    $6.59    1:01-904  CULVER

PRSLC
Gatusky

FILED
SCRANTON
FEB 4 2002
PER _____ DEPUTY CLERK
40
2/4/02