```
03/07/02              TRANSFER-ADJUSTMENT-FORFEITURE REPORT                              1

TRNS-ADJ        DATE      FUND     CASE NO       DEF         AMOUNT
*********************************************************************************
                                   SCRANTON
80300281401.  03/06/02   6855XX   3:02-OP-1        1         -111.11
80300281402.  03/06/02   0869PL                    0            5.80
80300281403.  03/06/02   5100PL                    0            6.87
80300281404.  03/06/02   5100PL                    0            4.94
80300281405.  03/06/02   5100PL                    0            6.74
80300281406.  03/06/02   0869PL                    0            2.74
80300281407.  03/06/02   5100PL                    0           39.44
80300281408.  03/06/02   5100PL                    0            7.74
80300281409.  03/06/02   0869PL                    0            7.04
80300281410.  03/06/02   5100PL                    0            5.00
80300281411.  03/06/02   5100PL                    0           24.80

                                             DIVISION TOTAL    0.00
```

FILED
SCRANTON
MAR 7 2002
PER _____ DEPUTY CLERK

43
M
3/13/02

PRSU
Gatusky

T 2814-4   $4.94   1:01-904 Culver