IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

ORIGINAL

BRETT T. CULVER

        Plaintiff,

v.

COMMONWEALTH OF PENNSYLVANIA,
et al.,

        Defendants.

Case No. 1:01-cv-00904

(Judge Kane)

FILED
HARRISBURG

MAR 21 2002

MARY E. D'ANDREA, CLERK
Per _____
     DEPUTY CLERK

APPLICATION FOR ASSIGNMENT OF COUNSEL

TO: THE HONORABLE JUDGE OF SAID COURT:

AND NOW, to wit this ___ day of _____, 2002 comes the plaintiff Brett T. Culver acting Pro-se and petitions this Court to Appoint Counsel unto him.

1. That plaintiff is incarcerated at the State Correctional Institution at Mahanoy Pennsylvania.

2. That your plaintiff is a laymen in the study of law, and suffers psychological complications, which present a clear disadvantage and need for assistance.

3. Plaintiff, being the victim of violations and crimes committed by the defendants has been denied legal aid of competent representation of counsel, while the perpetrators of said violations and crimes (defendants) are appointed representation of counsel at the expense of Tax Payers Dollars, which at face evokes bias against the plaintiff (victim), and a miscarriage of justice.

4. Plaintiff has filed with this Honorable Court a Forma Pauper Petition to allow him to proceed as an indigent party.

5. Plaintiff is unable to obtain private counsel because of his being indigent.

WHEREFORE, plaintiff prays this Honorable Court to Appoint Counsel unto him so that he may proceed in this matter.

Respectfully Submitted,

Brett T. Culver