| 04/05/02 | | TRANSFER-ADJUSTMENT-FORFEITURE REPORT | | | 1 |
|---|---|---|---|---|---|
| TRNS-ADJ | DATE | FUND | CASE NO | DEF | AMOUNT |

**********************************************************************************************

SCRANTON

| TRNS-ADJ | DATE | FUND | CASE NO | DEF | AMOUNT |
|---|---|---|---|---|---|
| 8030028484801. | 04/05/02 | 6855XX | 3:02-OP-1 | 1 | -197.50 |
| 8030028484802. | 04/05/02 | 0869PL | | 0 | 5.63 |
| 8030028484803. | 04/05/02 | 5100PL | | 0 | 28.68 |
| 8030028484804. | 04/05/02 | 5100PL | | 0 | 6.87 |
| 8030028484805. | 04/05/02 | 5100PL | | 0 | 2.47 |
| 8030028484806. | 04/05/02 | 0869PL | | 0 | 11.56 |
| 8030028484807. | 04/05/02 | 5100PL | | 0 | 17.29 |
| 8030028484808. | 04/05/02 | 0869PL | | 0 | 10.68 |
| 8030028484809. | 04/05/02 | 0869PL | | 0 | 11.21 |
| 8030028484810. | 04/05/02 | 5100PL | | 0 | 6.67 |
| 8030028484811. | 04/05/02 | 5100PL | | 0 | 20.00 |
| 8030028484812. | 04/05/02 | 5100PL | | 0 | 2.88 |
| 8030028484813. | 04/05/02 | 5100PL | | 0 | 4.00 |
| 8030028484814. | 04/05/02 | 0869PL | | 0 | 5.04 |
| 8030028484815. | 04/05/02 | 5100PL | | 0 | 16.00 |
| 8030028484816. | 04/05/02 | 5100PL | | 0 | 12.00 |
| 8030028484817. | 04/05/02 | 5100PL | | 0 | 14.48 |
| 8030028484818. | 04/05/02 | 5100PL | | 0 | 3.46 |
| 8030028484819. | 04/05/02 | 0869PL | | 0 | 18.58 |

DIVISION TOTAL          0.00

*Handwritten annotations:*

1:01CV904
PRSLC - Hatusky

(46)
KM
4/9/02

FILED
SCRANTON
APR 4 2002
PER _____
DEPUTY CLERK

REC 87635    4/4/02    $14.03    1:01-904    CULVER