UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

BRETT T. CULVER, :
      Plaintiff : CIVIL NO. 1:CV-01-0904
       :
v. : (Judge Kane)
       :
COMMONWEALTH OF PENNSYLVANIA, :
et al., :
      Defendants :

**ORDER**

APRIL 11, 2002

    Plaintiff, an inmate at the Mahanoy State Correctional Institution, Frackville, Pennsylvania, filed this federal civil rights action pursuant to 42 U.S.C. § 1983. Pending before the court is the plaintiff's second motion for appointment of counsel. (Doc. No. 45). Plaintiff's first motion for appointment of counsel ( Doc. No. 5) was denied by Order of this Judge dated November 15, 2001.

    For the reasons stated in the previous Order of November 11, 2001, Plaintiff's second motion for appointment of counsel (Doc. NO. 45) is **DENIED**.

                                            YVETTE KANE
                                            United States District Judge

YK:mmg