ORIGINAL

FILED
HARRISBURG
APR 2 3 2002
MARY E. D'ANDREA, CL
MOTION Per ___
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

BRETT T. CULVER
         Plaintiff,

v.

COMMONWEALTH OF PENNSYLVANIA,
et al.,
         Defendants.

Case No. 1:01-cv-00904

(Judge Kane)

## PETITION FOR DEFENDANT'S TO FINANCE LEGAL SERVICES/REPRESENTATION

This plaintiff PETITIONS this Court to ORDER the defendant's in Case No. 1:01-cv-00904 to finance their own legal services and representation of counsel.

The defendant's presently enjoy an advantage (as defendant's/violators) over the plaintiff (victim) through free professional legal services and representation, at the expense of Tax Payers dollars, which in itself is a unfair advantage over the plaintiff who has little if none understanding or knowledge of law and/or litigation procedures. The defendant's also exploit this unfair advantage of professional legal services and craft to manipulate procedural fundamentals. The defendant's have and continue to abuse this unfair advantage of professional services and representation to manipulate, obscure, and dodge dictates of procedure and legal requirements, and continue to utilize/exploit said advantage abusively in a corrupt manner through reckless and irresponsible disregard of duties demanded from the authoritative positions each defendant has and continues to abuse, for which the defendant's collect salaries for said failure and refusal to preform services demanded from them (honestly, fairly, impartially), at the expense of the plaintiff in this Action, and at the expense of Tax Payers dollars. Said advantages have and continue to benefit the violators of Complaint in Case No. 1:01-cv-00904, and have/continue to handicap and disadvantage this plaintiff (victim) in this Action, who is denied legal services/representation, and who is unable to obtain legal services/representation, which constitutes a grave disadvantage and the presence of distinct injustice in this Case of 1:01-cv-00904 proceedings.

WHEREFORE, this plaintiff PETITIONS this Court to mandate that the defendant's in Case No. 1:01-cv-00904 finance cost for any and all legal services, counsel, and representation.

## UNSWORN DECLARATION AFFIDAVIT

I __Brett T. Culver__ do hereby verify that the facts set forth in the foregoing PETITION to the Court dated 04-17-02 are true and correct to the best of my personal knowledge, or information and belief, and that any false statements herein are made subject to the penalties of 18 Pa. C.S.A. § 4904, relating to unsworn falsification to authorities.

Truthfully Submitted,

*(signature)*

Brett T. Culver, Plaintiff.

Verified this __17__ day of __April__ , 2002.

## PROOF OF SERVICE

\* *Petition for Defendant's to Finance Legal Service*

I, the undersigned, hereby aver that I have served the foregoing PETITION dated 04-17-02 upon the U.S. District Court in the manner indicated:

SERVED BY U.S. MAIL ADDRESSED AS FOLLOWS.

(1) copy: U.S. DISTRICT COURT, CLERK OF COURTS, 228 Walnut St., P.O. Box 983, Harrisburg, Pa. 17108

(1) copy each: Defendant's R. Shannon, T. Miknich, K. Kane, C. Dotter, V. Mooney and L. Chismar at S.C.I. Mahanoy, 301 Morea Rd., Frackville, Pa. 17932 (Served through Institutional Mail System).

(3) copies: Defendant's M. Horn, J. Beard in care of Defendant's Counsel M. Lewis. 15th Floor Strawberry Sq., Harrisburg, Pa. 17120

*(signature)*

Served this __17__ day of __April__ , 2002

Signature, _____