UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

BRETT T. CULVER, :
:
        Plaintiff : CIVIL NO. 1:CV-01-0904
:
v. : (Judge Kane)
:
COMMONWEALTH OF PENNSYLVANIA, :
et al., :
:
        Defendants :

<u>ORDER</u>

AND NOW, THIS 10th DAY OF MAY, 2002, upon consideration of the plaintiff's motion to order defendants to comply with interrogatory requests, motion for hearing and/or court proceedings, and petition for defendants to finance legal service/representation, IT IS HEREBY ORDERED THAT said motions, (Doc. Nos. 48 - 50) are deemed withdrawn for failure to file a supporting brief. <u>See</u> M.D. Pa. Local Rule 7.5.

                                                YVETTE KANE
                                                United States District Judge

YK:dlb