05/07/02                    TRANSFER-ADJUSTMENT-FORFEITURE REPORT                                        1

| TRNS-ADJ | DATE | FUND | CASE NO | DEF | AMOUNT |
|---|---|---|---|---|---|
| | | | SCRANTON | | |
| 80300288901. | 05/07/02 | 6855XX | 3:98-CR-053-01 | 1 | -59.00 |
| 80300288902. | 05/07/02 | 6855XX | 3:02-OP-1 | 1 | 59.00 |
| 80300289001. | 05/07/02 | 6855XX | 3:02-OP-1 | 1 | -203.85 |
| 80300289002. | 05/07/02 | 0869PL | | 0 | 7.26 |
| 80300289003. | 05/07/02 | 5100PL | | 0 | 13.65 |
| 80300289004. | 05/07/02 | 5100PL | | 0 | 8.10 |
| 80300289005. | 05/07/02 | 0869PL | | 0 | 4.90 |
| 80300289006. | 05/07/02 | 0869PL | | 0 | 13.70 |
| 80300289007. | 05/07/02 | 5100PL | | 0 | 15.60 |
| 80300289008. | 05/07/02 | 5100PL | | 0 | 20.00 |
| 80300289009. | 05/07/02 | 5100PL | | 0 | 3.60 |
| 80300289010. | 05/07/02 | 5100PL | | 0 | 55.64 |
| 80300289011. | 05/07/02 | 0869PL | | 0 | 6.90 |
| 80300289012. | 05/07/02 | 5100PL | | 0 | 7.60 |
| 80300289013. | 05/07/02 | 5100PL | | 0 | 7.00 |
| 80300289014. | 05/07/02 | 5100PL | | 0 | 8.60 |
| 80300289015. | 05/07/02 | 0869PL | | 0 | 31.30 |

DIVISION TOTAL                                                    0.00

REC 87931   5/6/02   $4.90

1:01- 904   Culver

1:01 CV 904

PRSLC Salisano
Org - HB

FILED
SCRANTON
MAY 06 2002
PER _____
DEPUTY CLERK

55  KM
5/14/02