

ORIGINAL

57
5-15-02
sc

## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

BRET T. CULVER,                      :
                                     :
      **Plaintiff**                  :
                                     :
      v.                            :      **No. 1:01-CV-0904**
                                     :      **(Judge Kane)**
COMMONWEALTH OF                      :
PENNSYLVANIA, <u>et</u> <u>al.</u>,     :
                                     :
      **Defendants**                 :

FILED
HARRISBURG, PA

MAY 1 4 2002

MARY E. D'ANDREA, CLERK
Per _____
            Deputy Clerk

### DEFENDANTS' BRIEF IN SUPPORT OF
### <u>MOTION FOR LEAVE TO DEPOSE PLAINTIFF</u>

This is a civil action for damages brought pursuant to 42 U.S.C. §1983.

Plaintiff is incarcerated at the State Correctional Institution at Mahanoy ("SCI-

Mahanoy"). Defendants are prison official employed at all times relevant hereto by ·

the Pennsylvania Department of Corrections. Pursuant to Rule 30(a) of the Federal

Rules of Civil Procedure, a person confined to prison may be deposed only by leave

of court. Defendant has moved this Court for permission to depose the plaintiff and

desires to inquire into matters which are relevant to the subject matter involved in the

pending action. The deposition of the plaintiff will assist the defense in disposing of

this case either by pre-trial motion or by trial.

Wherefore, defendant's motion for leave to depose plaintiff should be granted.

Respectfully submitted,

D. MICHAEL FISHER
Attorney General

By: MARYANNE M. LEWIS
Deputy Attorney General

SUSAN J. FORNEY
Chief Deputy Attorney General
Chief Litigation Section

Office of Attorney General
15th Floor, Strawberry Sq.
Harrisburg, PA 17120
Direct Dial: (717) 787-1194
FAX: (717) 772-4526
DATE: May 14, 2002

## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

BRET T. CULVER,                                   :
                                                  :
    **Plaintiff**                                      :
                                                  :
    v.                                            :    **No. 1:01-CV-0904**
                                                  :    **(Judge Kane)**
COMMONWEALTH OF                                   :
PENNSYLVANIA, <u>et</u> <u>al.</u>,                            :
                                                  :
    **Defendants**                                     :

## CERTIFICATE OF SERVICE

I, Maryanne M. Lewis, Deputy Attorney General, hereby certify that on this date I caused to be served the foregoing Defendants' Brief in Support of Motion for Leave to Depose Plaintiff, by depositing a copy of the same in the United States mail, postage prepaid, in Harrisburg, PA., addressed to the following:

Brett T. Culver, #DD 3483
SCI-Mahanoy
301 Morea Rd.
Frackville, PA  17932

        **MARYANNE M. LEWIS**
        **DEPUTY ATTORNEY GENERAL**

DATE: May 14, 2002