UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

BRETT T. CULVER,                     :
                                     :
              Plaintiff              :   CIVIL NO. 1:CV-01-0904
                                     :
    v.                               :   (Judge Kane)
                                     :
COMMONWEALTH OF PENNSYLVANIA,        :
et al.,                              :
                                     :
              Defendants             :

**ORDER**

AND NOW, THIS 15th DAY OF MAY, 2002, upon consideration of the defendants' motion to file, nunc pro tunc, a motion to dismiss the Department of Corrections as a defendant, IT IS HEREBY ORDERED THAT said motion, (Doc. No. 51) is granted. The defendants' motion to dismiss and supporting brief, received on April 25, 2002, shall be accepted by the office of the Clerk of Court for filing and docketed as of the date of this order.

YVETTE KANE
United States District Judge

YK:dlb

FILED
HARRISBURG
MAY 1 5 2002
MARY E. D'ANDREA, CLERK
Per_____
DEPUTY CLERK