UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

BRETT T. CULVER, :
:
       Plaintiff :
: CIVIL NO. 1:CV-01-0904
   v. :
: (Judge Kane)
COMMONWEALTH OF PENNSYLVANIA, :
et al., :
:
       Defendants :

FILED
HARRISBURG, PA
JUN 0 7 2002
MARY E. D'ANDREA, CLERK
Per _____
Deputy Clerk

**ORDER**

AND NOW, THIS 7th DAY OF JUNE 2002, upon consideration of defendants' motion requesting leave of court to take the deposition of the inmate plaintiff, said motion is hereby granted.[1] Defendants may take the plaintiff's deposition at a time and place subject to the approval of the warden or other appropriate official at his present place of incarceration.

_____
YVETTE KANE
United States District Judge

YK:dlb

---

1. Federal Rule of Civil Procedure 30(a) provides that a party must obtain leave of court prior to taking the deposition of a person confined in prison.