1:01CV904

Hale — Belisario

(60)
KM
6/7/02

FILED
SCRANTON
JUN 06 2002
PER _____ DEPUTY CLERK

```
06/07/02            TRANSFER-ADJUSTMENT-FORFEITURE REPORT                    1
TRNS-ADJ        DATE        FUND      CASE NO           DEF      AMOUNT
**********************************************************************
                                      SCRANTON
80300292301.   06/07/02   6855XX     3:02-OP-1           1      -206.49
80300292302.   06/07/02   5100PL                         0        20.92
80300292303.   06/07/02   5100PL                         0         5.98
80300292304.   06/07/02   0869PL                         0        14.18
80300292305.   06/07/02   5100PL                         0        12.56
80300292306.   06/07/02   5100PL                         0        39.56
80300292307.   06/07/02   0869PL                         0        10.56
80300292308.   06/07/02   5100PL                         0         9.44
80300292309.   06/07/02   5100PL                         0        18.72
80300292310.   06/07/02   0869PL                         0         4.16
80300292311.   06/07/02   5100PL                         0        21.06
80300292312.   06/07/02   0869PL                         0         6.47
80300292313.   06/07/02   5100PL                         0        19.88
80300292314.   06/07/02   5100PL                         0         5.00
80300292315.   06/07/02   5100PL                         0         7.88
80300292316.   06/07/02   0869PL                         0        10.12

                                        DIVISION TOTAL            0.00
```

Rec 88295   6/6/02   $14.18   1:01-904  Culver