```
07/09/02              TRANSFER-ADJUSTMENT-FORFEITURE REPORT                                1

TRNS-ADJ         DATE        FUND       CASE NO         DEF                    AMOUNT
***************************************************************************************
                                        SCRANTON
8030029450l.    07/09/02     6855XX     3:02-OP-1        1                     -90.00
80300294502.    07/09/02     5100PL                      0                      90.00
80300294601.    07/09/02     6855XX     3:02-OP-1        1                    -141.84
80300294602.    07/09/02     5100PL                      0                      20.34
80300294603.    07/09/02     5100PL                      0                       5.68
80300294604.    07/09/02     0869PL                      0                       3.88
80300294605.    07/09/02     5100PL                      0                      17.60
80300294606.    07/09/02     0869PL                      0                       4.33
80300294607.    07/09/02     5100PL                      0                      20.00
80300294608.    07/09/02     0869PL                      0                      17.74
80300294609.    07/09/02     5100PL                      0                      10.75
80300294610.    07/09/02     0869PL                      0                       6.09
80300294611.    07/09/02     5100PL                      0                       7.69
80300294612.    07/09/02     5100PL                      0                      20.00
80300294613.    07/09/02     0869PL                      0                       7.74
80300294701.    07/09/02     6855XX     3:02-OP-1        1                     -71.97
80300294702.    07/09/02     5100PL                      0                       1.00
80300294703.    07/09/02     5100PL                      0                       1.76
80300294704.    07/09/02     0869PL                      0                       3.94
80300294705.    07/09/02     5100PL                      0                       7.00
80300294706.    07/09/02     0869PL                      0                       9.83
80300294707.    07/09/02     5100PL                      0                       8.46
80300294708.    07/09/02     5100PL                      0                       8.46
80300294709.    07/09/02     0869PL                      0                      28.06
80300294710.    07/09/02     0869PL                      0                       3.46

                                                     DIVISION TOTAL             0.00
```

1:01cv904
PRSLC - Belisario
✓ - OSF

(61)
Km 7/15/02

FILED SCRANTON JUL 8 2002 PER _____ DEPUTY CLERK

Rec 88465  7/8/02  $3.88  1:01-904  Culver