

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BRET T. CULVER, | : |
| Plaintiff | : |
| v. | : No. 1:01-CV-0904 |
| | : (Judge Kane) |
| COMMONWEALTH OF PENNSYLVANIA, et al., | : |
| Defendants | : |

### DEFENDANTS' PENNSYLVANIA DEPARTMENT OF CORRECTIONS AND MOTION TO DISMISS THE COMPLAINT NUNC PRO TUNC

Defendants, **Pennsylvania Department of Corrections** by their attorneys, hereby request the Court, pursuant to Fed.R.Civ.P. 12(b)(6) to dismiss Complaint for failure to state a claim upon which relief can be granted.

A brief in support of this motion is filed simultaneously with this motion.

**WHEREFORE**, the Complaint against the Department of Corrections should be dismissed.

> Respectfully submitted,
>
> **D. MICHAEL FISHER**
> Attorney General
>
> By: _____
> **MARYANNE M. LEWIS**
> **Deputy Attorney General**
> **Attorney ID# 83812**
>
> **SUSAN J. FORNEY**
> **Chief Deputy Attorney General**

**Office of Attorney General**
**15th Floor, Strawberry Square**
**Harrisburg, PA 17120**
**(717) 787-9719**
**(717) 772-4526 FAX**
mlewis@attorneygeneral.gov

**DATE: April 25, 2002**

-2-

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BRET T. CULVER, | : |
| Plaintiff | : |
| v. | : No. 1:01-CV-0904 |
| | : (Judge Kane) |
| COMMONWEALTH OF PENNSYLVANIA, et al., | : |
| Defendants | : |

## CERTIFICATE OF SERVICE

I, Maryanne M. Lewis, Deputy Attorney General, hereby certify that on this date I caused to be served the foregoing Defendants' Pennsylvania Department of Corrections Motion to Dismiss the Complaint, Nunc Pro Tunc, by depositing a copy of the same in the United States mail, postage prepaid, in Harrisburg, PA., addressed to the following:

Brett T. Culver, #DD 3483
SCI-Mahanoy
301 Morea Rd.
Frackville, PA  17932

MARYANNE M. LEWIS
DEPUTY ATTORNEY GENERAL

DATE: April 25, 2002