1:01CV904
PRSLC - Belisario

(64)

KM
8/20/02

FILED
SCRANTON
AUG 05 2002
PER _____
    DEPUTY CLERK

```
08/15/02           TRANSFER-ADJUSTMENT-FORFEITURE REPORT                                     1
TRNS-ADJ       DATE       FUND      CASE NO          DEF               AMOUNT
*************************************************************************************
                                                  SCRANTON
80300297701.   08/15/02   6855XX    3:02-OP-1           1            -127.02
80300297702.   08/15/02   5100PL                        0               6.41
80300297703.   08/15/02   0869PL                        0               6.69
80300297704.   08/15/02   5100PL                        0               7.18
80300297705.   08/15/02   0869PL                        0              14.92
80300297706.   08/15/02   5100PL                        0               5.46
80300297707.   08/15/02   0869PL                        0              10.70
80300297708.   08/15/02   5100PL                        0              20.00
80300297709.   08/15/02   0869PL                        0               2.55
80300297710.   08/15/02   5100PL                        0              19.45
80300297711.   08/15/02   5100PL                        0              14.20
80300297712.   08/15/02   5100PL                        0               4.60
80300297713.   08/15/02   5100PL                        0              10.25
80300297714.   08/15/02   5100PL                        0               4.61

                                          DIVISION TOTAL                 0.00
```

Rec 89031   8/5/02   $14.92   1:01-904 Culver