1:01 cv 904
PRSLC - Bebeonus

(66)

KM 9/24/02

FILED
SCRANTON

SEP 16 2002

PER _____
DEPUTY CLERK

09/23/02         TRANSFER-ADJUSTMENT-FORFEITURE REPORT                    1

| TRNS-ADJ | DATE | FUND | CASE NO | DEF | AMOUNT |
|---|---|---|---|---|---|
| | | | SCRANTON | | |
| 8030030060601. | 09/23/02 | 6855XX | 3:02-OP-1 | 1 | -108.81 |
| 8030030060602. | 09/23/02 | 0869PL | | 1 | 20.84 |
| 8030030060603. | 09/23/02 | 5100PL | | 0 | 5.98 |
| 8030030060604. | 09/23/02 | 0869PL | | 0 | 5.56 |
| 8030030060605. | 09/23/02 | 5100PL | | 0 | 5.00 |
| 8030030060606. | 09/23/02 | 5100PL | | 0 | 4.80 |
| 8030030060607. | 09/23/02 | 0869PL | | 0 | 10.56 |
| 8030030060608. | 09/23/02 | 5100PL | | 0 | 3.79 |
| 8030030060609. | 09/23/02 | 0869PL | | 0 | 9.71 |
| 8030030060610. | 09/23/02 | 0869PL | | 0 | 5.75 |
| 8030030060611. | 09/23/02 | 5100PL | | 0 | 5.13 |
| 8030030060612. | 09/23/02 | 5100PL | | 0 | 20.13 |
| 8030030060613. | 09/23/02 | 5100PL | | 0 | 6.37 |
| 8030030060614. | 09/23/02 | 5100PL | | 0 | 4.56 |

                                        DIVISION TOTAL        0.00

Rec 89506 9/16/02 $5.56        1:01-904    Curren