IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

BRETT T. CULVER

        Plaintiff,

v.

COMMONWEALTH OF PENNSYLVANIA,
et al.,

        Defendants.

Case No. 1:01-cv-00904

(Judge Kane)

FILED
HARRISBURG, PA

FEB 10 2003

MARY E. D'ANDREA, CLERK
Per _____
      Deputy Clerk

MOTION

This 5 day of February 2003 Petitioner Brett T. Culver Motions this Court to render justice in this Complaint of Case No. 1:01-cv-00904, and/or procure final verdict(s) in this case.

In July of 2001 this Plaintiff filed a sec. 1983 suit, which Complaint is still wanting justice, as the present appointed Court has failed to render in this case. This plaintiff has suffered "and continues to suffer" the abuses out-lined in the Complaint (with many other varying related situations/incidents/events) since April of 2000 to present, due to the failure of this Court to address the crimes and violations being perpetrated against this plaintiff, the Courts failure to secure protection for this plaintiff from the defendants, and the Courts failure to render justice in this Case.

WHEREFORE this petitioner Brett T. Culver now Motions this Court to procure protection for this plaintiff as out-lined in Complaint 1:01-cv-00904 V. 2 d, e., by immediate transfer to a western Pennsylvania regional facility location, and for this Court to render justice in this Case.

Provided this Court shows neglect towards this Motion, plaintiff moves this Court to remove itself from authoritative jurisdiction and turn this Case over to Federal Court for justice to be rendered and procured.

NAME Brett Culver
NUMBER DD3483
301 MOREA ROAD
FRACKVILLE, PA 17932

FILED
HARRISBURG, PA
FEB 10 2003
MARY E. D'ANDREA, CLERK
Per _____ Deputy Clerk

INMATE MAIL
PA DEPT. OF
CORRECTIONS

U.S. District Court
Clerk of Courts
228 Walnut Street
P.O. Box 983
Harrisburg, PA. 17108