UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

BRETT T. CULVER,                          :
                                          :
                    Plaintiff             : CIVIL NO. 1:CV-01-0904
                                          :
       v.                                 : (Judge Kane)
                                          :
COMMONWEALTH OF                           :
       PENNSYLVANIA, *et al.*,            :
                                          :
                    Defendants            :

## ORDER

AND NOW, THIS __8th__ DAY OF APRIL, 2003, upon consideration of the

Plaintiff's motion for miscellaneous relief (Doc. 68), IT IS HEREBY ORDERED

THAT said motion is deemed withdrawn for failure to file a supporting brief. *See*

M.D. Pa. Local Rule 7.5.

                                 s/ Yvette Kane
                                YVETTE KANE
                                United States District Judge