IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BRETT T. CULVER, | : | CIVIL ACTION NO. |
| Plaintiff | : | 1:CV-01-904 |
| | : | |
| v. | : | Judge Kane |
| | : | |
| COMMONWEALTH OF PENNSYLVANIA, *et al.*, | : | |
| Defendants | : | |

# O R D E R

**AND NOW** this   14th   day of April, 2003, **IT IS HEREBY ORDERED THAT** the parties shall file any dispositive motions along with supporting briefs no later than May 9, 2003.

    s/ Yvette Kane
Yvette Kane
United States District Judge