**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

BRETT CULVER,        :

     **Plaintiff**        :

           :

    **v.**        :     **NO. 1:CV-01-0904**

           :

**COMMONWEALTH OF**       :

**PENNSYLVANIA,** *et al.,*       :     **(JUDGE KANE)**

           :

     **Defendants**       :

**FILED
MAY 0 9 2003
PER ___
HARRISBURG, PA.    DEPUTY CLERK**

## <u>DEFENDANTS' MOTION FOR SUMMARY JUDGMENT</u>

Pursuant to Rule 56 of the Federal Rules of Civil Procedure, defendants hereby request this Court to grant summary judgment in their favor in this action as there are no genuine issues of material facts in this case that are in dispute and defendants are entitled to judgment as a matter of law.

This motion is supported by the Statement of Material Facts and Brief supporting the motion which have been filed concurrently with this motion.

**WHEREFORE**, summary judgment should be granted in favor of all defendants.

                              **Respectfully submitted,**

                              **D. MICHAEL FISHER
Attorney General**

BY: _____
MARYANNE M. LEWIS
Deputy Attorney General
I.D. No. 83813

SUSAN J. FORNEY
Chief Deputy Attorney General
Chief, Litigation Section

Office of Attorney General
Litigation Section
15th Floor, Strawberry Square
Harrisburg, PA 17120
(717) 787-9719 - Direct
(717) 772-4526 - Fax

DATED: May 9, 2003

# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **BRETT CULVER,** | : | |
| | : | |
| **Plaintiff** | : | |
| | : | |
| **v.** | : | **NO. 1:CV-01-0904** |
| | : | |
| **COMMONWEALTH OF** | : | |
| **PENNSYLVANIA,** *et al.,* | : | **(JUDGE KANE)** |
| | : | |
| **Defendants** | : | |

## CERTIFICATE OF SERVICE

I, **Maryanne M. Lewis**, Deputy Attorney General, hereby certify that on May 9, 2003, I caused to be served a copy of the foregoing **Defendants' Motion for Summary Judgment**, by depositing same in the United States mail, postage prepaid, in Harrisburg, PA., addressed to the following:

**Brett T. Culver, #DD 3483**
**SCI-Mahanoy**
**301 Morea Road**
**Frackville, PA  17932**

**MARYANNE M. LEWIS**
**Deputy Attorney General**
**I.D. No. 83812**