# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **BRETT CULVER,** | : | |
| **Plaintiff** | : | |
| | : | |
| **v.** | : | **NO. 1:CV-01-0904** |
| | : | |
| **COMMONWEALTH OF PENNSYLVANIA,** *et al.,* | : | **(JUDGE KANE)** |
| | : | |
| **Defendants** | : | |

## O R D E R

**AND NOW**, this        day of          , 2003, upon consideration of defendants' motion and plaintiff's response thereto, **IT IS HEREBY ORDERED** that summary judgment is granted in favor of defendants.  The Clerk is directed to enter judgment in favor of all defendants and close the file.

**BY THE COURT,**

_____
**KANE, U.S.D.J.**