*Clerk*

# ORIGINAL

### IN THE UNITED STATES DISTRICT COURT
### FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

to PRSL KH.

|  |  |
|---|---|
| BRETT T. CULVER<br><br>          Plaintiff,<br><br>     v.<br><br>COMMONWEALTH OF PENNSYLVANIA,<br>et al.,<br><br>          Defendants. | MOTION FOR JUDGEMENT<br><br>Case No.  1:cv-01-0904<br><br>(Judge Kane) |

**FILED**
HARRISBURG, PA

MAY 1 4 2003

MARY E. D'ANDREA, CLERK
Per _____
Deputy Clerk

### MOTION FOR JUDGEMENT

1.   Plaintiff Brett T. Culver, Motions this Court to render judgement in this Case as this plaintiff has, and can again, establish the facts and evidence that the defendants who are Administrative staff of the D.O.C. (according to their perspective involvement/action) have committed numerous violations of this plaintiff's Amendment and Constitutional Rights, while this plaintiff is in the care, custody, and control of the Pa. D.O.C. at the S.C.I. Mahanoy facility.

2.   Fact that defendants in this Complaint seized this plaintiff's personal property on the date of 4-13-00, which consisted of this plaintiff's legal records, official documents, and evidence transcripts needed for specific legal pursuits and remedies, which in fact said seizure prevented/hindered/obstructed this plaintiff's ability to pursue critical legal efforts and relief constitutes a direct violation of this plaintiff's 4th Amendment Rights, and that the parties responsible for such violation and denial of legal pursuits and justice must be accountable for all restitutions (forthcoming or possible) related to all related incidents and violations, and any relief prospects lost or hindered due to the obstruction caused relative to any of the actions of those committing the violations (or supportive) responsible or causative of any and all obstructions of legal pursuits and or remedies sought.

1.

3. That defendants in this Case, in their individual capacities, under color of state, did, have, and continue to respond to this plaintiff with retaliatory conduct and actions made possible through their positions of authority, as they are Administrative staff of the (D.O.C.) of the S.C.I. Mahanoy facility, in which this plaintiff is detained and in the direct care and custody, subject to the conduct and actions (treatment) of the perspective opponents cited as defendants in this Case.

4. The citations, record, and evidence in this complaint warrant relief, remedy, and compensation (suffering/abuse/damages/justice), which would include remedy for the situations and treatment suffered, rectification of this inmates record which has been compromised and altered unjustly and by scandal, and justice to be established for past violations/abuses, present treatment free from retaliations and adverse treatment, notwithstanding this plaintiff's future.

5. WHEREFORE this petitioner motions this Court for justice and Judgement in this Case No. 1:01-cv-00904.

## CERTIFICATE OF SERVICE

I do hereby certify that a true and correct copy of the forgoing MOTION was sent, this date, by First Class United States Mail to:

U.S. District Court
Clerk of Courts
228 Walnut Street
P.O. Box 983
Harrisburg, PA. 17108

Defendants in care of
Office of Attorney General
Maryanne Lewis
Strawberry Square
Harrisburg, Pa. 17120

Date: May 5, 2003

Brett T. Culver

2.

*Clerk*

## APPLICATION FOR ASSIGNMENT OF COUNSEL

FILED
HARRISBURG

MAY 1 4 2003

MARY E. D'ANDREA
Per _____
Deputy

TO:    THE HONORABLE JUDGE OF SAID COURT:

AND NOW, to wit this $\underline{5}$ day of $\underline{May}$ , 20$\underline{03}$ comes the plaintiff Brett T. Culver acting Pro-se and petitions this Court to Appoint Counsel unto him.

1.  That plaintiff is incarcerated at the State Correctional Institution at Mahanoy Pennsylvania.

2.  That your plaintiff is a laymen in the study of law, and suffers psychological complications, which present a clear disadvantage and need for assistance.

3.  Plaintiff, being the victim of violations and crimes committed by the defendants has been denied legal aid of competent representation of counsel, while the perpetrators of said violations and crimes (defendants) are appointed representation of counsel at the expense of Tax Payers Dollars, which at face evokes bias against the plaintiff (victim), and a miscarriage of justice.

4.  Plaintiff has filed with this Honorable Court a Forma Pauper Petition to allow him to proceed as an indigent party.

5.  Plaintiff is unable to obtain private counsel because of his being indigent.

WHEREFORE, plaintiff prays this Honorable Court to Appoint Counsel unto him so that he may proceed in this matter.

Respectfully Submitted,

5-5-03

_____

NAME _Brett Culver_

NUMBER _DD3483_

301 MOREA ROAD
FRACKVILLE, PA 17932

INMATE MAIL
PA DEPT. OF
CORRECTIONS

U.S. POSTAGE
00.37
M METER 483078

MAY06'03
PA

U.S. District Court
Clerk of Courts
228 Walnut Street
Harrisburg, Pa. 17108

17108+3901

FILED
HARRISBURG PA

MAY 1 4 2003

MARY E. D'ANDREA, CLERK
Per _____ Deputy Clerk