*Clerk*

## APPLICATION FOR ASSIGNMENT OF COUNSEL

FILED
HARRISBURG

MAY 1 4 200

MARY E. D'A
Per _____
Dep

**TO:**   THE HONORABLE JUDGE OF SAID COURT:

AND NOW, to wit this __5__ day of _____ , 2003 comes the plaintiff Brett T. Culver acting Pro-se and petitions this Court to Appoint Counsel unto him.

1.   That plaintiff is incarcerated at the State Correctional Institution at Mahanoy Pennsylvania.

2.   That your plaintiff is a laymen in the study of law, and suffers psychological complications, which present a clear disadvantage and need for assistance.

3.   Plaintiff, being the victim of violations and crimes committed by the defendants has been denied legal aid of competent representation of counsel, while the perpetrators of said violations and crimes (defendants) are appointed representation of counsel at the expense of Tax Payers Dollars, which at face evokes bias against the plaintiff (victim), and a miscarriage of justice.

4.   Plaintiff has filed with this Honorable Court a Forma Pauper Petition to allow him to proceed as an indigent party.

5.   Plaintiff is unable to obtain private counsel because of his being indigent.

WHEREFORE, plaintiff prays this Honorable Court to Appoint Counsel unto him so that he may proceed in this matter.

Respectfully Submitted,

5-5-03

NAME  Brett Culver

NUMBER  DD3483

301 MOREA ROAD
FRACKVILLE, PA 17932

INMATE MAIL
PA DEPT. OF
CORRECTIONS

U.S. POSTAGE
00.37
M METER 483078

MAY05 03
PA

U.S. District Court
Clerk of Courts
228 Walnut Street
Harrisburg, Pa. 17108

17108+9901

FILED
HARRISBURG PA

MAY 1 4 2003

MARY E. D'ANDREA, CLERK
Per _____ Deputy Clerk