IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

BRETT T. CULVER
        Plaintiff,

v.

COMMONWEALTH OF PENNSYLVANIA, et al.,
        Defendants'

COMPELLING DISCOVERY BRIEF

Case No.: 1:cv-01-0904

(Judge Kane)

    On 03-01-02, this plaintiff submitted his First Set of Interrogatories in Discovery efforts towards the defendants' in this case. Defendants' refused to comply with disclosure of all requested itemized and identified information, record documents, and evidence requested, and have refused any and all disclosure of the requested information, record documentations, and evidence of the incidents cited in this case to date.

    Hence, being that the court has not closed Discovery in this case, this Plaintiff Motions this court to Order the Defendants' to comply with the 03-01-02 Interrogatories, and disclose the information/record/evidence they continue to deny and with-hold.

Dated: 09-02-03

*[signature: Brett T. Culver]*