APPLICATION FOR ASSIGNMENT OF COUNSEL

TO:  THE HONORABLE JUDGE OF SAID COURT:

AND NOW, to wit this _2_ day of _September_, 2003 comes the plaintiff Brett T. Culver acting Pro-se and petitions this Court to Appoint Counsel unto him.

1. That plaintiff is incarcerated at the State Correctional Institution at Mahanoy Pennsylvania.

2. That your plaintiff is not schooled or trained in the field/profession of law practice, and suffers psychological stress/depression complications, which present a clear disadvantage and need for assistance.

3. Plaintiff, being the victim of violations and crimes committed by the defendants has been denied legal aid of competent representation of counsel, while the perpetrators of said violations and crimes (defendants) are appointed representation of counsel at the expense of Tax Payers Dollars, which at face evokes bias against the plaintiff (victim), and a miscarriage of justice, as the defendants and professional counsel have exploited these advantages.

4. Plaintiff has filed with this Honorable Court a Forma Pauper Petition to allow him to proceed as an indigent party.

5. Plaintiff is unable to obtain private counsel because of his being indigent.

WHEREFORE, plaintiff prays this Honorable Court to Appoint Counsel unto him so that he may proceed in this matter.

Respectfully Submitted,

_[signature: Brett T. Culver]_

## CERTIFICATE OF SERVICE

I do hereby certify that a true and correct copy of each of the forgoing: "REQUEST FOR PRODUCTION OF DOCUMENTS, MOTION FOR AN ORDER COMPELLING DISCOVERY, COMPELLING DISCOVERY BRIEF, and APPLICATION FOR APPOINTMENT OF COUNSEL" was sent, this date of 9-02-03, by First Class United States Mail to:

U.S. District Court
Clerk of Courts
228 Walnut Street
P.O. Box 983
Harrisburg, PA. 17108

Defendants in care of
Office of Attorney General
Maryanne Lewis
Strawberry Square
Harrisburg, Pa. 17120

Date: September 2, 2003

_____
Brett T. Culver

NAME Brett Culver
NUMBER DD 3483
301 MOREA ROAD
FRACKVILLE, PA 17932

INMATE MAIL
PA DEPT. OF
CORRECTIONS



U.S. District Court
Clerk of Courts
228 Walnut Street
P.O. Box 983
Harrisburg, PA. 17108