IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

BRETT T. CULVER

    Plaintiff,

v.

COMMONWEALTH OF PENNSYLVANIA, et al.,

    Defendants'

REQUEST FOR PRODUCTION OF DOCUMENTS & EVIDENCE

Case No. 1:cv-01-0904

(Judge Kane)

Pursuant to Rule 34 of the Federal Rules of Civil Procedure, and pursuant to no Court Order closing Discovery in case 01-cv-01-0904, the defendants' are required to produce for inspection and copying all information/record documentations/evidence identified and out-lined in Plaintiff's First Set Of Interrogatories (dated 03-01-02), which defendants' refused to comply with and disclose/produce the information/record documentations/evidence identified and itemized.

FILED
HARRISBURG, PA
OCT 22 2003
MARY E. D'ANDREA, CLERK
Per _____
Deputy Clerk

Dated: 10-15-03