AO 450 (Rev. 5/85) Judgment in a Civil Case

# United States District Court
**MIDDLE DISTRICT OF PENNSYLVANIA**

## JUDGMENT IN A CIVIL CASE

Brett T. Culver

v.   CASE NUMBER: 1:CV-01-904

Commonwealth of Pennsylvania, Department of Corrections, et al.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that summary judgment be and is hereby entered in favor of defendants, T. E. Miknich, Robert D. Shannon, Carol M. Dotter, Linda Chismar, Kevin Kane, John Doe, Property Office Personnel, All Former or Current Employees at the State Correctional Institution at Mahanoy, in their individual capacities, Martin F. Horn, Jeffrey A. Beard and Vincent Mooney and against plaintiff, Brett T. Culver.

Date: December 30, 2003        **Mary E. D'Andrea, Clerk of Court**

                                **(By) Jill Cardile, Deputy Clerk**